# SUPERVISOR'S ACCIDENT INVESTIGATION REPORT

Municipality: GRENADA   Date: 11/29/2018   Time: 1023 am

[X] Worker's Compensation   [ ] Liability

Employees'/Injured's Name: ALBERT DEANE TILLEY

Position/Occupation: POLICE / PATROLMAN

Department: POLICE   Supervisor: CAPTAIN JUSTIN GAMMAGE

Date Injury Reported: 11/29/2018   Date of Injury: 11/29/18

Work Days Lost: 0   Medical Only: 11/29/18

Extent Of Injury/Property Damage: OFFICER TILLEY WAS BITEN ON THE LEFT HAND WHILE EFFECTING ARREST OF ROBERT LOGGINS.

Primary Object, Equipment or Substance Involved: ___

Enter Injured Body Part/Property Damage: LEFT HAND OF OFFICER TILLEY.

Describe clearly and in detail how the accident occurred: OFFICER A. DEANE TILLEY WAS TAKING ROBERT LOGGINS INTO CUSTODY. WHILE TAKING HIM INTO CUSTODY HE (LOGGINS) PUT HIS HANDS UNDER HIS BODY AND WOULD NOT REMOVE THEM. OFFICER TILLEY AND OFFICER JONES STRUGGLED WITH LOGGINS. LOGGINS THEN BITE OFFICER TILLEY ON HIS LEFT HAND. HE WAS TAKEN TO UMMC GRENADA FOR TREATMENT

Signed: Justin A. Gammage, Captain   Department: POLICE   Date: 11/29/2018
Supervisor

Comments: ___

Signed: [signature] Loss Control Coordinator   11/29/18

Signed: ___ City Manager

EXHIBIT C - ACCIDENT INVESTIGATION REPORT   TILLEY 315