# Grenada County Sheriff's Department

| Event Type | Start Date | Start Time |
|---|---|---|
| UNRESPONSIVE OFFENDER | 11/29/2018 | 5:54 AM |

Notes

On the above date and time SGT J.Johnson called myself Officer R.Harvey to booking area and told me that E.O.C called had notified the jail that police officers where on the way with a violent offender, and need assistance upon arrival. At 05:58 SGT J.Johnson myself (Officer) R. Harvey and other officers along with several staff and police officers tried to remove the handcuffs from offender. Offender was still refusing to cooperate. Police were advised by SGT Clark that offender R.Loggins should be taken to the emergency room. Then after the police officers left a few minutes later offender R.Loggins stop breathing. The staff members and myself prepared to preformed C.P.R on offender R.Loggins. Then EMT's arrived and took over the scene.

Inmates
*(None)*

Officers
*(None)*

Officer Signature: _[signature]_

EXHIBIT D - OFFICER STATEMENTS          TILLEY 309

# Grenada County Sheriff's Department

| Event Type | Start Date | Start Time |
|---|---|---|
| UNRESPONSIVE OFFENDER | 11/29/2018 | 5:54 AM |

*Notes*

On the above date and time main control officer S. Mc Neil informed me the shift supervisor that E.O.C called and notified the jail that police officers where on the way with a violent offender, and need assistance upon arrival. Myself (SGT J. Johnson), and officer R. Harvey goes out to assist police officers bring in the offender. Officer Harvey, myself and police officers D.Tilley, and M. Jones carries offender R. Loggins into the building. I went to get the oncoming shift supervisor and officers for help with offender R. Loggins. Officers R. Harvey, F. Sanders, J. Hankins, L. Hollis, and myself and police officers D. Tilley, M. Jones, and H. Merriman, detains offender R. Loggins to exchange handcuffs and place on leg irons on the offender. Once finished Sgt Clark explained to police officers why we couldn't keep offender Loggins in custody, the police officers left and Sgt Clark made some calls to the deputy warden, then to the warden. After talking to the higher ups she was told to call the ambulance. After calling for paramedics, she goes over and starts to talk to offender Loggins and upon talking to him she notices that he was not responsive and informed me. Then officers J. Hankins, R. Harvey, L. Hollis and myself started to check for vitals. After checking for vitals, we prepared to perform CPR. Then EMT'S arrived and took over the scene. I got into ambulance for security on the way to the hospital, after arriving offender loggins was pronounced dead.

| Inmates | Officers |
|---|---|
| (None) | (None) |

Officer Signature: _____

EXHIBIT D - OFFICER STATEMENTS            TILLEY 310

# Grenada County Sheriff's Department

| Event Type | Start Date | Start Time |
|---|---|---|
| UNRESPONSIVE OFFENDER | 11/29/2018 | 5:59 AM |

**Notes**

On 11-29-2018 at approximately 0559 a.m Grenada County Jail, Supervisor Sgt. Johnson came to the Front Desk in B shift briefing stating he had an Emergency situation at the booking desk. Upon arrival I officer Jamica Hankins noticed subject Robert Loggins #160212 laying on the floor on his back with handcuff. Subject Loggins appeared to be talking and moving around at the time. Subject also appeared to have several wounds to knee, forhead and mouth area. Subject Loggins was placed in leg iron to remove handcuff. Subject Loggins stated having breathing problem. Sgt. Clark advised one of the GPD Officer that Robert Loggins should be taken to Grenada UMMC Hospital Emergency Room, GPD turn and walked away leaving out the Sally Port Door#19. Sgt. Clark called for Medical Help.

| Inmates | Officers |
|---|---|
| (None) | SANDERS, FRANK A |
| | Moody, Patricia |
| | HANKINS, JAMICA |

**Officer Signature:** *Jamica Hankins*

EXHIBIT D - OFFICER STATEMENTS      TILLEY 311

# Grenada County Sheriff's Department

| Event Type | Start Date | Start Time |
|---|---|---|
| UNRESPONSIVE OFFENDER | 11/29/2018 | 6:00 AM |

Notes

On 11-29-2018 at approximately 0600 am, I, LeMorris Hollis clocked in and Sgt. Johnson stated to Sgt. Clark that he had a situation at the booking desk. Upon arrival I saw a subject lying face down handcuffed hands behind his back. Subject was talking and rollig, but I also noticed the subject had sustained wounds to his head, knees, and was also bleeding from the mouth. An officer then placed leg restraints on the subject as he appeared to become combatant. GPD officers then removed handcuffs to place the subject in GCADC handcuffs. Shortly after, I along with correctional officer Jamica Hankins attempted to move subject to intake cell B-15 when Sgt. Clark stated to the GPD officers that she would not accept the subject. The officers then exited the building and Sgt. Clark checked the subject for a pulse but he was unresponsive. Sgt. Clark called 911 as Sgt. Johnson began CPR until the paramedics arrived. Once the paramedics arrived Sgt. Clark dismissed me from the scene.

| Inmates | Officers |
|---|---|
| (None) | CLARK, EDNA M. |
|  | HANKINS, JAMICA |

Officer Signature: _[signatures]_

# Grenada County Sheriff's Department

| Event Type | Start Date | Start Time |
|---|---|---|
| UNRESPONSIVE OFFENDER | 11/29/2018 | 5:59 AM |

*Notes*

On November 29,2018 at approximately 0559 hrs, While conducting my briefing before starting my shift Sgt Johnson D shift supervisor stated to me Sgt Clark that there was a problem in booking with incoming offender Robert Loggins #160212. Officers Moody, Sanders, Hollis and Hankins and I entered admissions. Grenada Police Deparment Officers Hal Merriman badge # 29, Michael Jones badge # 44, and Dean Tilley badge # 39 and GCADC Officer Rafeal Harvey and shift Supervisor Sgt. J Johnson had Robert Loggins on the floor in admissions. After seeing the condition of Mr.Loggins he had blood coming from his mouth, he appeared to be in distress. I Sgt. Clark stated to officers Merriman, Jones and Tilley that I was not going to keep the offender. At that time it was stated that the EMT had checked Mr. Loggins out and that he Mr.Loggins had been cleared to be brought to jail. I stated again that I was not going to keep him. GPD Offiers Merriman,and Jones went out door 19 with Officer Jones waving me off as I keep telling them that I was not going to keep him. Officer Tilley was left to retrieve his hand cuffs from the offender. Offender Loggins was moving from side to side Officers Hollis, Harvey, Sanders, along with Sgt. Johnson assisted Officer Tilley by holding the offender Loggins arms and legs, officer Tilley placed his knee on the back of offender Loggins head, Officer Tilley was unable to take the cuffs off he Officer Tilley straddled offender Loggins head. After the handcuffs was removed the offender was secure, At approximately 0607 Grenada Police Officers D. Tilley, M. Jones and H. Merriman exited the facility. Officers Hollis and Hankis and lifted Offender Loggins up off the floor and was assisting him to cell B-15 I had them bring him back to booking. At approximately 0609 I Sgt. Clark called EOC to have an Ambulance dispatched to the Grenada County Jail, EOC informed me Sgt. Clark that the EMT's that had been dispatched to the scene and had cleared him, at that time I stated that I wanted the ambulance at the Jail. I Sgt Clark contacted Warden Carver, Deputy Warden Adams a well as Sheriff Strider who asked to be kept informed. At Approximately 0613 hrs, I Sgt. Clark noticed that Offender Loggins eyes was half open, I checked for a pulse put my hand close to his mouth and nose to check for breathing and raised his shirt up to check for movement of breathing. I informed Sgt. Johnson that Offender Loggins was not breathing. Sgt, Johnson and Officer Harvey removed offender vest and cut his shirt to prepare for CPR, at that time I called EOC again and stated that the offender was unresponsive and that we need the ambulance ASAP. Deputy Warden was contacted again to report that Offender Loggins was now unresponsive and not breathing. At the approximate time of 0618 the EMT's arrived and began CPR on Offender Loggins. At that time Captain Justin Gammage from the Grenada Police Department Officer Alexis Jackson, Micheal Burnettand Dean Tilley enter the facility. At approximately 0635 hrs, EMT's exited the facility with Offender Loggins to UMMC of Grenada ---------------------------------End Of Report------------------------------

| Inmates | Officers |
|---|---|
| (None) | CLARK, EDNA M. |
|  | SANDERS, FRANK A |
|  | Moody, Patricia |
|  | HANKINS, JAMICA |

**Officer Signature:** _Sgt E Clark_

# Grenada County Sheriff's Department

| Event Type | Start Date | Start Time |
|---|---|---|
| UNRESPONSIVE OFFENDER | 11/29/2018 | 10:09 AM |

Notes

on 11-29-2018 at appox 0615, SGT. JOHNSON CAME TO THE FRONT DESK, WHILE B SHIFT WAS HAVING BRIEFING AND STATED THERE WAS AN EMERGENCY AT BOOKING DESK. UPON ARRIVAL I OFFICER SANDERS SAW A BLACK MALE LAYING ON THE FLOOR ON HIS BACK WITH HIS ARMS BEHIND HIM. SUBJECT APPEARED TO BE TRYING TO TALK AND MOVE AROUND. SUBJECT APPEARED TO HAVE SEVERAL CUTS ON HIM AND WAS BLEEDING FROM HIS MOUTH.. AFTER HANDCUFFS WERE REMOVED , SUBJECT BEGAN TO HAVE BREATHING PROBLEMS. GRENADA POLICE OFFERS WERE ADVISED THAT THE SUBJECT NEEDED MEDICAL ATTENTION. THE POLICE OFFICER TURN AND WALKED OUT THE EXIT DOOR OF#19. THE SUBJECT WAS LATER ID. AS ROBERT LOGGINS.MDOC 160212

Inmates: (None)

Officers: (None)

Officer Signature: *Earl Sanders*