EXHIBIT "B"

-Woodall Body Cam Video-

(Conventionally Filed)