EXHIBIT "C"

-Merriman Body Cam Video-

(Conventionally Filed)