EXHIBIT "E"

-911 Calls from Jail-

(Conventionally Filed)