

# MISSISSIPPI FORENSICS LABORATORY

I-334-T

## Lab Case #: 18-018469-0001

**TOXICOLOGY Report**

Main Laboratory
215 Allen Stuart Dr
Pearl, MS 39208
601-420-9000
FAX: 601-420-9001

**January 02, 2019**

Page 1 of 6

DMEI Jo Morman
GRENADA COUNTY CMEI
1196 S Mound St
Grenada, MS 38901
662-226-3123
REFERENCE- Agency Case # ME18-1164

VICTIM: Robert D. Loggins

## REQUEST FOR ANALYSIS

On 11/30/2018 it was requested that the TOXICOLOGY section perform the following analysis: Postmortem Reference Lab. This examination was completed on 1/2/2019.

## EVIDENCE

) 11/30/2018 at 2:35 PM, Forensic Scientist Lynee Boackle received the following evidence from the MS STATE MEDICAL EXAMINER via Heather McLendon:

| | |
|---|---|
| Submission 001 | One sealed plastic bag labeled "Robert Loggins" containing biological specimens. |
| Submission 001-A | Four grey top tubes of blood contained in a sealed plastic bag. |
| Submission 001-B | One red top tube of vitreous fluid contained in a sealed plastic bag. |
| Submission 001-C | One red top tube of urine contained in a sealed plastic bag. |
| Submission 001-D | One red top tube of bile contained in a sealed plastic bag. |
| Submission 001-E | One specimen container of gastric contents contained in a sealed plastic bag. |

## RESULTS

**Submission #: 001**

\*See remark below

Submission 001 was submitted to NMS Labs for analysis. See attached report.

## REMARKS

EXHIBIT "G"

Laboratory Report Continued

**REFERENCE- MSFL Case Number 18-018469-0001**　　　　　　　　　　　　　　　　　Page 2 of 6

Case Analyst:

*Alyssa P. Bailey*

Alyssa Bailey, D-ABFT-FA
Section Chief - Toxicology

Technical Reviewer:

*Sam L. Howell*

Sam Howell, F-ABFT
Director



This report represents the analytical results of the examinations performed on the items of evidence in this case. It should be noted that this report does not represent all documentary items contained in the master file. Should additional material be required for court purposes, please contact the laboratory as soon as possible.
All samples submitted for toxicological examination will be routinely disposed of six (6) months after analyses are completed. If you anticipate that this evidence will be needed, please contact the laboratory to arrange for its return.

Laboratory Report Continued

REFERENCE- MSFL Case Number 18-018469-0001

Page 3 of 6



**NMS Labs**
3701 Welsh Road, PO Box 433A, Willow Grove, PA 19090-0437
Phone: (215) 657-4900  Fax: (215) 657-2972
e-mail: nms@nmslabs.com
Robert A. Middleberg, PhD, F-ABFT, DABCC-TC, Laboratory Director

**CONFIDENTIAL**

## Toxicology Report

Report Issued   12/14/2018 17:01

To:  10109
Mississippi State Medical Examiner Office
Attn: Sam Howell
215 Allen Stuart Drive
Pearl, MS  39208

Patient Name   LOGGINS, ROBERT
Patient ID   18-18469
Chain   18353214
Age Not Given   DOB Not Given
Gender   Not Given
Workorder   18353214

Page 1 of 4

### Positive Findings:

| Compound | Result | Units | Matrix Source |
|---|---|---|---|
| Naloxone | Positive | ng/mL | 001 - Femoral Blood |
| Delta-9 Carboxy THC | 5.2 | ng/mL | 001 - Femoral Blood |
| Delta-9 THC | 1.4 | ng/mL | 001 - Femoral Blood |
| Amphetamine | 43 | ng/mL | 001 - Femoral Blood |
| Methamphetamine | 600 | ng/mL | 001 - Femoral Blood |

See Detailed Findings section for additional information

### Testing Requested:

| Analysis Code | Description |
|---|---|
| 8052B | Postmortem, Expanded, Blood (Forensic) |

### Specimens Received:

| ID | Tube/Container | Volume/Mass | Collection Date/Time | Matrix Source | Miscellaneous Information |
|---|---|---|---|---|---|
| 001 | Gray Top Tube | 8.75 mL | Not Given | Femoral Blood | |
| 002 | Gray Top Tube | 8.75 mL | Not Given | Femoral Blood | |
| 003 | Gray Top Tube | 8 mL | Not Given | Femoral Blood | |
| 004 | Gray Top Tube | 6.75 mL | Not Given | Femoral Blood | |
| 005 | Red Vial | 8.75 mL | Not Given | Urine | |
| 006 | Red Vial | 4 mL | Not Given | Vitreous Fluid | |
| 007 | Red Vial | 2.25 mL | Not Given | Bile | |
| 008 | White Plastic Container | 70 mL | Not Given | Gastric Fluid | THICK, DARK BROWN FLUID WITH BITS, pH=4 |

All sample volumes/weights are approximations.
Specimens received on 12/06/2018.

NMS v.18.0

## Laboratory Report Continued

### REFERENCE- MSFL Case Number 18-018469-0001

Page 4 of 6

 **NMS**

CONFIDENTIAL

Workorder 18353214
Chain 18353214
Patient ID 18-18469

Page 2 of 4

**Detailed Findings:**

| Analysis and Comments | Result | Units | Rpt. Limit | Specimen Source | Analysis By |
|---|---|---|---|---|---|
| Naloxone | Positive | ng/mL | 1.0 | 001 - Femoral Blood | LC/TOF-MS |
| Delta-9 Carboxy THC | 5.2 | ng/mL | 5.0 | 001 - Femoral Blood | LC-MS/MS |
| Delta-9 THC | 1.4 | ng/mL | 0.50 | 001 - Femoral Blood | LC-MS/MS |
| Amphetamine | 43 | ng/mL | 5.0 | 001 - Femoral Blood | LC-MS/MS |
| Methamphetamine | 600 | ng/mL | 5.0 | 001 - Femoral Blood | LC-MS/MS |

Other than the above findings, examination of the specimen(s) submitted did not reveal any positive findings of toxicological significance by procedures outlined in the accompanying Analysis Summary.

**Reference Comments:**

1. Amphetamine - Femoral Blood:

   Amphetamine (Adderall, Dexedrine) is a Schedule II phenethylamine CNS-stimulant. It is used therapeutically in the treatment of narcolepsy and obesity and also in the treatment of hyperactivity in children. Amphetamine has a high potential for abuse. When used in therapy, initial doses should be small and increased gradually. In the treatment of narcolepsy, amphetamine is administered in daily divided doses of 5 to 60 mg. For obesity and children with attention deficits, usual dosage is 5 or 10 mg daily.

   Following a single oral dose of 10 mg amphetamine sulfate, a reported peak blood concentration of 40 ng/mL was reached at 2 hr. Following a single 30 mg dose to adults, an average peak plasma level of 100 ng/mL was reported at 2.5 hr. A steady-state blood level of 2000 - 3000 ng/mL was reported in an addict who consumed approximately 1000 mg daily.

   Overdose with amphetamine can produce restlessness, hyperthermia, convulsions, hallucinations, respiratory and/or cardiac failure. Reported blood concentrations in amphetamine-related fatalities ranged from 500 - 41000 ng/mL (mean, 9000 ng/mL). Amphetamine is also a metabolite of methamphetamine, benzphetamine and selegiline.

2. Delta-9 Carboxy THC (Inactive Metabolite) - Femoral Blood:

   Delta-9-THC is the principle psychoactive ingredient of marijuana/hashish. Delta-9-carboxy-THC (THCC) is the inactive metabolite of THC. The usual peak concentrations in serum for 1.75% or 3.55% THC marijuana cigarettes are 10 - 101 ng/mL attained 32 to 240 minutes after beginning smoking, with a slow decline thereafter. The ratio of whole blood concentration to plasma concentration is unknown for this analyte. THCC may be detected for up to one day or more in blood. Both delta-9-THC and THCC may be present substantially longer in chronic users. THCC is usually not detectable after passive inhalation.

3. Delta-9 THC (Active Ingredient of Marijuana) - Femoral Blood:

   Marijuana is a DEA Schedule I hallucinogen. Pharmacologically, it has depressant and reality distorting effects. Collectively, the chemical compounds that comprise marijuana are known as Cannabinoids.

   Delta-9-THC is the principle psychoactive ingredient of marijuana/hashish. It rapidly leaves the blood, even during smoking, falling to below detectable levels within several hours. Delta-9-carboxy-THC (THCC) is the inactive metabolite of THC and may be detected for up to one day or more in blood. Both delta-9-THC and THCC may be present substantially longer in chronic users.
   THC concentrations in blood are usually about one-half of serum/plasma concentrations. Usual peak levels in serum for 1.75% or 3.55% THC marijuana cigarettes: 50 - 270 ng/mL at 6 to 9 minutes after beginning smoking, decreasing to less than 5 ng/mL by 2 hrs.

4. Methamphetamine - Femoral Blood:

   d-methamphetamine is a DEA schedule II stimulant drug capable of causing hallucinations, aggressive behavior and irrational reactions. Chemically, there are two forms (isomers) of methamphetamine: l- and d-methamphetamine. The l-isomer is used in non-prescription inhalers as a decongestant and has weak CNS-stimulatory activity. The d-isomer has been used therapeutically as an anorexigenic agent in the treatment of obesity and has potent CNS-, cardiac- and circulatory-stimulatory activity. Amphetamine and norephedrine (phenylpropanolamine) are metabolites of methamphetamine. d-methamphetamine is an abused substance because of its stimulatory effects and is also addictive.

NMS v.18.0

Laboratory Report Continued

REFERENCE- MSFL Case Number 18-018469-0001

 **NMS**

CONFIDENTIAL

| | |
|---|---|
| Workorder | 18353214 |
| Chain | 18353214 |
| Patient ID | 18-18469 |

Page 3 of 4

**Reference Comments:**

A peak blood concentration of methamphetamine of 20 ng/mL was reported at 2.5 hr after an oral dosage of 12.5 mg. Blood levels of 200 - 600 ng/mL have been reported in methamphetamine abusers who exhibited violent and irrational behavior. High doses of methamphetamine can also elicit restlessness, confusion, hallucinations, circulatory collapse and convulsions.

*In this case, the level of methamphetamine determined has not been differentiated according to its isomeric forms. Differentiation of the isomers of methamphetamine is available upon request.

5. Naloxone (Narcan®) - Femoral Blood:

Naloxone is a narcotic antagonist used to counter the central nervous system depression effects of opioids, including respiratory depression. It is also used for the diagnosis of suspected acute opioid overdosage. Naloxone is available as a 0.4 mg/mL solution of the hydrochloride for parenteral injection.

Naloxone is also available in combination with buprenorphine (Suboxone®) for the treatment of opioid dependence. This combination is available in tablets of 2 mg buprenorphine with 0.5 mg naloxone or 8 mg buprenorphine with 2 mg of naloxone for sublingual administration.

The reported qualitative result for this substance was based upon a single analysis only. If confirmation testing is required please contact the laboratory.

Unless alternate arrangements are made by you, the remainder of the submitted specimens will be discarded six (6) months from the date of this report; and generated data will be discarded five (5) years from the date the analyses were performed.

Workorder 18353214 was electronically signed on 12/14/2018 16:02 by:

William M. Schroeder, M.S.
Certifying Scientist

**Analysis Summary and Reporting Limits:**

All of the following tests were performed for this case. For each test, the compounds listed were included in the scope. The Reporting Limit listed for each compound represents the lowest concentration of the compound that will be reported as being positive. If the compound is listed as None Detected, it is not present above the Reporting Limit. Please refer to the Positive Findings section of the report for those compounds that were identified as being present.

Acode 52198B - Cannabinoids Confirmation, Blood - Femoral Blood

-Analysis by High Performance Liquid Chromatography/ Tandem Mass Spectrometry (LC-MS/MS) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| 11-Hydroxy Delta-9 THC | 1.0 ng/mL | Delta-9 THC | 0.50 ng/mL |
| Delta-9 Carboxy THC | 5.0 ng/mL | | |

Acode 52485B - Amphetamines Confirmation, Blood - Femoral Blood

-Analysis by High Performance Liquid Chromatography/ Tandem Mass Spectrometry (LC-MS/MS) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Amphetamine | 5.0 ng/mL | Norpseudoephedrine | 5.0 ng/mL |
| Ephedrine | 5.0 ng/mL | Phentermine | 5.0 ng/mL |
| MDA | 5.0 ng/mL | Phenylpropanolamine | 5.0 ng/mL |
| MDEA | 5.0 ng/mL | Pseudoephedrine | 5.0 ng/mL |
| Methamphetamine | 5.0 ng/mL | | |

Acode 8052B - Postmortem, Expanded, Blood (Forensic) - Femoral Blood

NMS v.18.0

## Laboratory Report Continued

### REFERENCE- MSFL Case Number 18-018469-0001

Page 6 of 6

 **NMS**   CONFIDENTIAL   Workorder 18353214
Chain 18353214
Patient ID 18-18469

Page 4 of 4

**Analysis Summary and Reporting Limits:**

-Analysis by Enzyme-Linked Immunosorbent Assay (ELISA) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Barbiturates | 0.040 mcg/mL | Salicylates | 120 mcg/mL |
| Cannabinoids | 10 ng/mL | | |

-Analysis by Headspace Gas Chromatography (GC) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Acetone | 5.0 mg/dL | Isopropanol | 5.0 mg/dL |
| Ethanol | 10 mg/dL | Methanol | 5.0 mg/dL |

-Analysis by High Performance Liquid Chromatography/Time of Flight-Mass Spectrometry (LC/TOF-MS) for: The following is a general list of compound classes included in this screen. The detection of any specific analyte is concentration-dependent. Note, not all known analytes in each specified compound class are included. Some specific analytes outside these classes are also included. For a detailed list of all analytes and reporting limits, please contact NMS Labs.
Amphetamines, Anticonvulsants, Antidepressants, Antihistamines, Antipsychotic Agents, Benzodiazepines, CNS Stimulants, Cocaine and Metabolites, Hallucinogens, Hypnosedatives, Hypoglycemics, Muscle Relaxants, Non-Steroidal Anti-Inflammatory Agents, Opiates and Opioids.

NMS v.18.0