EXHIBIT "1"

# STATE OF
# MISSISSIPPI

Board of Law Enforcement Officer Standards and Training

Hereby awards this

## Professional Certificate

TO

**JUSTIN A. GAMMAGE**



This 10TH day of    MAY    , 2001

As being qualified to be a Mississippi Law Enforcement Officer under
Provisions of Chapter 474, General Laws of Mississippi, 1981.

_____
Director
Board on Law Enforcement
Standards and Training

_____
William Cole
Chairman
Board on Law Enforcement
Standards and Training

Certificate No. 14449



# AXON Academy

THIS CERTIFICATION IS HEREBY GRANTED TO

# JUSTIN A GAMMAGE

TASER CEW INSTRUCTOR CERTIFICATION

VALID FROM: **04/12/2017** THROUGH: **04/12/2019**

This certifies that the above named individual has completed the training required and has passed a written examination in the use and instruction of TASER X26P, X26, X2 Conducted Electrical Weapon(s). The above named individual is hereby certified as a TASER CEW instructor and may certify others as users under the guidelines of TASER Training, in care of Axon Academy.

By accepting this TASER CEW Instructor Certificate, the Student accepts the terms of the Training Materials License Agreement, incorporated herein by reference, and agrees to be bound by its terms as a Licensee of Axon Enterprise, Inc.

In witness whereof, Axon Enterprise, Incorporated has caused this certificate to be signed by its duly authorized representative.



SHERIDAN HUFFMAN

CERTIFYING MASTER INSTRUCTOR

04/12/2017

DATE




# UNIVERSITY OF MISSISSIPPI
# U.S. DEPARTMENT OF JUSTICE
# GRENADA POLICE DEPARTMENT AND
# MISSISSIPPI BUREAU OF NARCOTICS

*ISSUE THIS*

## Certificate of Training

*TO*

# Justin Gammage

*For successfully completing the course of instruction*

## Drug Enforcement for the Patrol Officer

### May 23 - 24, 2007

**Tim Rutledge**
**Training Director**
**Mississippi Bureau of Narcotics**

# TCTI

## Certificate of Training

This is to certify that

## *Justin A. Gammage*

Has successfully completed TCTI's course requirements for

## OC Survival Basic Course

Seminar Location:

**Grenada Police Dept. Firing Range**

Instructor:

**C. Ricky Downs, Chief of Police**

Seminar Date: **April 26, 2007**

*Jeff Curtis*

Founder and President



*Mississippi Office of Highway Safety*

## Certificate of Training

*Justin A. Gammage*

In

## Standardized Field Sobriety Testing

Certificate No. 2880
Conferred on March 21, 2003

Michael D. Vick
Law Enforcement Liaison
Office of Highway Safety

# Regional Counterdrug Training Academy



*This is to certify that*

## JUSTIN  GAMMAGE

*has successfully completed*  **40**  *hours of training in*

### T-CAP / CRIMINAL PATROL

*from*  **March 01**  *to*  **March 05, 2004**

Director of Training

Commandant



# MISSISSIPPI DELTA COMMUNITY COLLEGE
# LAW ENFORCEMENT TRAINING ACADEMY

### CERTIFICATE OF ACHIEVEMENT

This Certifies That

# JUSTIN GAMMAGE

has successfully completed a course in

## DEFENSIVE DRIVING

*(Basic Class 01 E 8)*

06 APR 01

Tami C. Scrivner
Training **Officer**

James M. McFadden
Director



# MISSISSIPPI DELTA COMMUNITY COLLEGE
# LAW ENFORCEMENT TRAINING ACADEMY

## *CERTIFICATE OF AWARD*

This Certifies That

# JUSTIN GAMMAGE

has successfully completed the requirements of

## CHEMICAL AEROSOL DEFENSE OPTIONS

*(Basic Class 01 E 8)*

06 APR 01

Lon Pepper, Jr.
Instructor

James M. McFadden
Director



# Mississippi Office of Highway Safety

## Certificate of Training

# Justin A. Gammage
# Traffic Occupant Protection Strategies

### Conferred on February 24, 2003

Certificate Number 1087

Kim Richardson
Law Enforcement Liaison
Mississippi Law Enforcement Liaison Office

Michael D. Vick
Director
Mississippi Law Enforcement Liaison Office



MISSISSIPPI DELTA COMMUNITY COLLEGE
LAW ENFORCEMENT TRAINING ACADEMY

CERTIFICATE OF AWARD

This Certifies That

JUSTINE GAMMAGE

has successfully earned the handgun title of

MARKSMAN

(Basic Class 01-B 8)

06 APR 01

Tami C. Scrivner
Training Officer

James M. McFadden, Jr.
Director

 

# **M**ultijurisdictional **C**ounterdrug **T**ask **F**orce **T**raining

This Certifies That

## **Justin Gammage**

Has Attended and Successfully Completed

## **Rural Patrol**



**24 Training Hours**

April 3, 2002  -  April 5, 2002
Starkville,  MS

*Peter J. Rieff*
**Peter J. Rieff**
MCTFT Director

**A partnership between the Florida National Guard and St. Petersburg College**



MISSISSIPPI DELTA COMMUNITY COLLEGE
LAW ENFORCEMENT TRAINING ACADEMY

JUSTIN GAMMAGE

has this date been given a certificate of accomplishment
for having attended and successfully completed a course in

BASIC VEHICULAR RADAR DETECTION

Given under the authority invested as Basic Vehicular Radar Instructors

06 APR 01

William T. Quinton
Radar Instructor

Randy Townsend
Radar Instructor



Training Certificate

PPCT

This is to certify that

JUSTIN GAMMAGE

has successfully completed the course requirements for

PPCT Defensive Tactics System Basic Certification

Seminar Location: MDCC LAW ENFORCEMENT TRAINING ACADEMY

Seminar #: R01-57

Instructor: TAMI C. SCRIVNER

Expiration: 06 APR 2001

Seminar Dates: 2-6 06 APR 2001

Executive Director

PPCT Management Systems, Inc.

Form 112



# MISSISSIPPI DELTA COMMUNITY COLLEGE
# LAW ENFORCEMENT TRAINING ACADEMY

## CERTIFICATE OF ACHIEVEMENT

This Certifies That

# JUSTIN GAMMAGE

has successfully completed a course in

## OFFICER SURVIVAL

(Basic Class 01 B 8)

06 APR 01

**Tami C. Scrivner**
**Training Officer**

**James M. McFadden, Jr.**
**Director**



# Mississippi Office of Highway Safety

## Certificate of Training

# Justin A. Gammage
# Traffic Occupant Protection Strategies

### Conferred on February 24, 2003

Certificate Number 1087

Kim Richardson
Law Enforcement Liaison
Mississippi Law Enforcement Liaison Office

Michael D. Vick
Director
Mississippi Law Enforcement Liaison Office

Case 4:20-cv-00223-SA-JMV Doc #: 35-5 Filed 08/16/22 16 of 81 PageID #: 848



# CERTIFICATE OF TRAINING



### Presented to

*Justin Gammage*

### For attending

## Highway Interdiction Summit and Training

*Conducted September 26-27, 2007*

*Oxford, Mississippi*

*Sponsored by the LECC of the U.S. Attorney's Office, Oxford P.D.,
UM Justice Institute, and the Mississippi Bureau of Narcotics*

Randy Corban
LECC

Jim Greenlee
United States Attorney

# Regional Counterdrug Training Academy

*This is to certify that*

### JUSTIN GAMMAGE

*has successfully completed 40 hours of training in*

**INTERVIEW AND INTERROGATION**

*from* October 01 *to* October 05, 2007

_____
**Director of Training**

_____
**Commandant**

# Regional Counterdrug Training Academy

This is to certify that

## JUSTIN GAMMAGE

has successfully completed 80 hours of training in

### BASIC NARCOTICS INVESTIGATIONS

from July 17 to July 28, 2006

_Director of Training_

**Commandant**

# Regional Counterdrug Training Academy



This is to certify that

## JUSTIN GAMMAGE

has successfully completed 40 hours of training in

### METH & OTHER CLANDESTINE LAB INVESTIGATIONS

from    June 19    to    June 23, 2006

_Director of Training_

**Commandant**




# **M**ultijurisdictional **C**ounterdrug **T**ask **F**orce **T**raining

This Certifies That

## **Justin Gammage**

Has Attended and Successfully Completed

## **Rural Patrol**



**24 Training Hours**
April 3, 2002  -  April 5, 2002
Starkville, MS

_Peter J. Rieff_
**Peter J. Rieff**
MCTFT Director

**A partnership between the Florida National Guard and St. Petersburg College**

# GRENADA POLICE DEPARTMENT

Date: 04/19/18

From: Chief Garrett Hartley, Investigator Sean Wilbourn
To:     City of Grenada, Grenada Police Dept.

Reference: State approved handgun qualification

Justin Gammage on 04/19/18 successfully completed the state approved handgun
qualification course with a Glock 40 cal, serial #KVX072.  The state approved handgun
qualification course was fired at Grenada Police Departments firing range. This course
includes but is not limited to, weapon familiarization, proper grip, sight alignment,
weapon malfunction, range safety, and a 50 round qualification course.


Garrett Hartley
Range Master

Sean Wilbourn
Firearms Instructor



# STATE OF
# MISSISSIPPI

**Board of Law Enforcement Officer Standards and Training**

Hereby awards this

*Professional Certificate*

**TO**

**REGGIE D. WOODALL**



This **10th** day of **MARCH** , 20 **05**

As being qualified to be a Mississippi Law Enforcement Officer under
Provisions of Chapter 474, General Laws of Mississippi, 1981.

Director
Board on Law Enforcement
Standards and Training

Chairman
Board on Law Enforcement
Standards and Training

Certificate No. **16852**



# AXON Academy

THIS CERTIFICATION IS HEREBY GRANTED TO

# REGGIE WOODALL

TASER CEW INSTRUCTOR CERTIFICATION

## VALID FROM: **04/12/2017** THROUGH: **04/12/2019**

This certifies that the above named individual has completed the training required and has passed a written examination in the use and instruction of TASER X26P, X26, X2 Conducted Electrical Weapon(s). The above named individual is hereby certified as a TASER CEW instructor and may certify others as users under the guidelines of TASER Training, in care of Axon Academy.

By accepting this TASER CEW Instructor Certificate, the Student accepts the terms of the Training Materials License Agreement, incorporated herein by reference, and agrees to be bound by its terms as a Licensee of Axon Enterprise, Inc.

In witness whereof, Axon Enterprise, Incorporated has caused this certificate to be signed by its duly authorized representative.

SHERIDAN HUFFMAN                    04/12/2017

CERTIFYING MASTER INSTRUCTOR              DATE





# *MDCC/LETA*

## Mississippi Delta Community College

### Certificate of Training

This is to certify that

_____

## Reggie D. Woodall

_____

Has successfully completed the course requirements for

## MDCC/LETA

## Radar System Basic Course
### 16 hours

Seminar Location: **MDCC/LETA**

Instructor: *Capt. Mike Shipman*

Seminar Date: **March 7-8, 2004**

Director: *Amy Vanderford*

# $\mathcal{TCTI}$

## Total Control Training Institute, Inc.

### Certificate of Training

This is to certify that

---

# Reggie D. Woodall

---

Has successfully completed the course requirements for

## TCTI

## O.C. Survival System Basic Course

Seminar Location: **MDCC/LETA**

Instructor:

Seminar Date: **02-24-05**

Jeff Curtis - President
Total Control Training Inst.



# *TCTI*

## Total Control Training Institute, Inc.

### Certificate of Training
This is to certify that

---

# Reggie D. Woodall

---

Has successfully completed the course requirements for

## TCTI
## Basic Semi-Auto Firearms Course
### 40 hours

Seminar Location: **MDCC/LETA**

Seminar Date: **01/24-28/2005**

Instructor:

Jeff Curtis - President
Total Control Training Inst.



# Mississippi Delta Community College Law Enforcement Training Academy

This is to certify that

## Reggie D. Woodall

Has successfully completed a 10 week basic academy

**B-20**

January 2- March 10, 2005
Moorhead, Mississippi

Amy S. Vanderford,
Director MDCC/LETA

Jeff Curtis,
Training Officer MDCC/LETA



## *Mississippi Delta Community College Law Enforcement Training Academy*

This is to recognize that

# **Reggie Woodall**

Completed the five mile-under 50 minute run

**49:15**

March 8, 2005
Moorhead, Mississippi

Amy S. Vanderford,
Director MDCC/LETA

Jeff Curtis,
Training Officer MDCC/LETA

# MDCC/LETA

## Mississippi Delta Community College

### Certificate of Training

This is to certify that

---

## Reggie D. Woodall

---

Has successfully completed the course requirements for

## MDCC/LETA

## Defensive Driving System Basic Course
### 24 hours

Seminar Location: **MDCC/LETA**       Seminar Date: **Feb. 07-11, 2005**

Instructor: *Jeff Curtin*       Director: *Amy Vancleave*



# TRAINING CERTIFICATE

This is to certify that

## Reggie D. Woodall

has successfully completed the PPCT Management Systems course requirements for

### PPCT Defensive Tactics Basic Certification

Seminar Location **MDCC-LETA**

Seminar Dates **March 2, 2005**

Course # **R05-02**

Expiration **March 2006**

Instructor *Jeff Clayton*

*Bruce K. Siddle*

**PPCT Management Systems, Inc.**
Founder



# MISSISSIPPI EMERGENCY MANAGEMENT AGENCY

## EMERGENCY MANAGEMENT TRAINING

*This is to certify that*

# REGGIE WOODALL

*Has completed the requirements for*

# I-200 BASIC INCIDENT COMMAND SYSTEM

*And in recognition thereof is awarded this Certificate of Completion by the*

*Mississippi Emergency Management Agency on April 20, 2005*

_____
DIRECTOR

_____
COURSE DIRECTOR





# MISSISSIPPI BUREAU OF NARCOTICS
## AND
# LEE COUNTY SHERRIFF'S OFFICE

### ISSUES THIS

## *Certificate of Training*

### TO

# *Reggie Woodall*

*For successfully completing the course of instruction*

# Drug Enforcement for the Patrol Officer

## *September 6 - 7, 2006*

Training Director
**Mississippi Bureau of Narcotics**



**UNIVERSITY OF MISSISSIPPI**
**U.S. DEPARTMENT OF JUSTICE**
**GRENADA POLICE DEPARTMENT AND**
**MISSISSIPPI BUREAU OF NARCOTICS**

*ISSUE THIS*

*Certificate of Training*

*TO*

# *Reggie Woodall*

*For successfully completing the course of instruction*

## *Drug Enforcement for the Patrol Officer*

*November 1 – 2, 2006*



**Tim Rutledge**
**Training Director**
**Mississippi Bureau of Narcotics**



# Mississippi Office of Highway Safety

## Certificate of Training

# Reggie Woodall

# Traffic Occupant Protection Strategies

**Conferred on March 3, 2006**

Certificate Number 1890

Michael Hemrick
Law Enforcement Liaison
Mississippi Law Enforcement Liaison Office

Michael D. Vick
Director
Mississippi Law Enforcement Liaison Office





# CERTIFICATE OF TRAINING

### Presented to

Reggie Woodall

### For attending

## Preventing, Recognizing, and Suppressing Criminal Street Gangs

*Conducted November 29, 2007*

*Oxford, Mississippi*

*Sponsored by the UM Justice Institute, Gulf Coast HIDTA,*
*and the U.S. Attorney's Office*

Randy Corban
LECC

Jim Greenlee
United States Attorney




# CERTIFICATE OF TRAINING

### Presented to

*Reggie Woodall*

### For attending

## Highway Interdiction Summit and Training

*Conducted September 26-27, 2007*

*Oxford, Mississippi*

*Sponsored by the LECC of the U.S. Attorney's Office, Oxford P.D.,*
*UM Justice Institute, and the Mississippi Bureau of Narcotics*

Randy Corban
LECC

Jim Greenlee
United States Attorney

# TCTI

## Certificate of Training

This is to certify that

## *Reggie Woodall*

Has successfully completed TCTI's course requirements for

## OC Survival Basic Course

Seminar Location:

**Grenada Police Dept. Firing Range**

Instructor:

**C. Ricky Downs, Chief of Police**

Seminar Date: **May 3, 2007**

*Jeff Curtis*

Founder and President





# CERTIFICATE OF TRAINING

## Presented to

*Reggie Woodall*

### For attending

## Preventing, Recognizing, and Suppressing Criminal Street Gangs

*Conducted November 29, 2007*

*Oxford, Mississippi*

*Sponsored by the UM Justice Institute, Gulf Coast  HIDTA, and the*
**LECC of the U.S. Attorney's Office**

Randy Corban
LECC

Jim Greenlee
United States Attorney





---

### TASER X26

**Reggie Woodall**

Certified User

---

*This Certifies that*

**Reggie Woodall**

*is trained in the proper and safe use of the TASER® X26 Electronic Control Device
and has passed the requirements of the **(Grenada Police Dept)** TASER X26 training program under the supervision of a
Certified Instructor.*

*In Witness Whereof, Certified Instructor*

**Ashley Parks**

*has certified the successful completion of the training requirements this day:*

**December 29, 2008**

*Certified Instructor:*

*Certified Instructor ID:*

001006082961412871346C

© 2007 TASER International, Inc. TASER®, Shaped Pulse™ and the Globe & Lightning Bolt Logo are trademarks of TASER International, Inc.

# Emergency Management Institute



# FEMA

This Certificate of Achievement is to acknowledge that

## REGGIE D WOODALL

has reaffirmed a dedication to serve in times of crisis through continued
professional development and completion of the independent study course:

**IS-00800.b**
**National Response Framework, An Introduction**

*Issued this 12th Day of August, 2008*



———Tony Russell
Superintendent
Emergency Management Institute

0.3 IACET CEU



*JwH*

## *CERTIFICATE OF*
# **TRAINING**

### THE GULF COAST HIDTA
### TRAINING PROGRAM
*Hereby Certifies*

## *Reggie D. Woodall*

*Successfully completed 8 hours in the training course*

# **CURRENT DRUG TRENDS**

| *Multijurisdictional Counterdrug Task Force* | *Sergeant Chris Hughes* |
|---|---|
| *(MCTFT)* | Sgt. Chris Hughes |
| | Training Coordinator |
| April 30, 2008 | Gulf Coast HIDTA |
| Tupelo, MS | April 30, 2008 |



## *CERTIFICATE OF*
# TRAINING

### THE GULF COAST HIDTA
### TRAINING PROGRAM
*Hereby Certifies*

# *Reggie D. Woodall*

*Successfully completed 24 hours in the training course*

# **Patrol Interdiction**

*Multijurisdictional Counterdrug Task Force*
(MCTFT)

April 10, 2008
Cleveland, MS

*Sergeant Chris Hughes*
**Sgt. Chris Hughes**
**Training Coordinator**
**Gulf Coast HIDTA**
**April 10, 2008**

*JWH*

# CERTIFICATE OF ATTENDANCE

## Safe Kids Worldwide
## CPS Reunion

(made possible through funding provided by State Farm®)

Training Location:
877 North Park Drive, Suite 200
Ridgeland MS 39157

## May 1, 2008

Completed the following approved programs
- LATCH (1 CEU)
- New Vehicle Safety Technology (1 CEU)
- New CRS Technology (2 CEU)

Total Category #1 CEUs for CPS re-certification: 4
Event ID:  20273MS

*Reggie Woodall*

Attendee Name

Michael Hughes, CPSTI I-640692          Kim Herrmann, CPSTI I-001075

Attendees will need to submit an agenda and certificate of attendance in the event that Safe Kids Worldwide would audit you to verify existence of documentation of CEUs being completed and in accordance with policies and procedures of the certifying body.

CEU documentation is to be kept during the certification cycle and for at least three months after re-certification is completed.



**Safe Kids**
WORLDWIDE.



# CERTIFICATE OF TRAINING

*Presented to*

**Reggie Woodall** ROCIC

*For successfully completing*

*the sixteen (16) hour training at the*

*Anti-Gang Conference*

*Conducted November 19-20, 2008*
*Richland, Mississippi*

*Sponsored by the*

U.S. Attorney's Office - Northern and Southern District of Mississippi,
Bureau of Alcohol, Tobacco, Firearms and Explosives,
Federal Bureau of Investigation, Drug Enforcement Administration, Immigration and Customs Enforcement,
Gulf Coast HIDTA, Mississippi Department of Corrections, Mississippi Law Enforcement Officer's Association,
Mississippi Law Enforcement Training Academy, Mississippi Department of Education,
Mississippi Attorney General's Office, Mississippi Prosecutor's Association, Mississippi Department of Public Safety,
Mississippi Bureau of Narcotics, ROCIC, Hinds County Sheriff's Office, Madison County Sheriff's Office,
Rankin County Sheriff's Office, Jackson Police Department, Richland Police Department,
and the Mississippi Fusion Center

Dunn Lampton
United States Attorney
Southern District of Mississippi

Jesse M. Bingham
LECC Coordinator
U.S. Attorney's Office
Southern District of Mississippi



Regional Counterdrug Training Academy

This is to certify that

REGGIE WOODAL

has successfully completed 40 hours of training in

BASIC NARCOTICS INVESTIGATIONS

from June 16 to June 27, 2008

Director of Training

Commandant



# CERTIFICATE OF TRAINING

*Presented to*

**Reggie Woodall**

*For successfully completing*

*the sixteen (16) hour training at the*

*Anti-Gang Conference*

Conducted November 19-20, 2008
Richland, Mississippi

*Sponsored by the*

U.S. Attorney's Offices Northern and Southern District of Mississippi,
Bureau of Alcohol, Tobacco, Firearms, and Explosives,
Federal Bureau of Investigation, Drug Enforcement Administration, Immigration and Customs Enforcement,
Gulf Coast HIDTA, Mississippi Department of Corrections, Mississippi Law Enforcement Officer's Association,
Mississippi Law Enforcement Training Academy, Mississippi Department of Education,
Mississippi Attorney General's Office, Mississippi Prosecutor's Association, Mississippi Department of Public Safety,
Mississippi Bureau of Narcotics, ROCIC, Hinds County Sheriff's Office, Madison County Sheriff's Office,
Rankin County Sheriff's Office, Jackson Police Department, Richland Police Department,
and the Mississippi Fusion Center

**Dunn Lampton**
United States Attorney
Southern District of Mississippi

**Jesse M. Bingham**
LECC Coordinator
U.S. Attorney's Office
Southern District of Mississippi



# Multijurisdictional Counterdrug Task Force Training

This is to certify that

## Reggie D. Woodall

Has satisfactorily completed the following 24 hour MCTFT training course held at

### CLEVELAND, MS

## Patrol Interdiction

Training held 4/8/2008 through 4/10/2008

President
St. Petersburg College

Eileen Lahaie
MCTFT Director

*A partnership between The Florida National Guard and St. Petersburg College*

# Certificate of Attendance

This certificate is awarded to:

*Reggie D. Woodall*

**For the successful completion of training of Domestic Violence .**

October 28 & 29, 2008

*Sponsored By:*
*Office Of The Attorney General of The State of Mississippi*

| | |
|---|---|
| *Heather Wagner* | *October 30, 2008* |
| Heather Wagner, Special Assistant Attorney General | Date |

This project was supported by Grant No. 2006-WE-AX-0054 awarded by the Office on Violence Against Women U.S. Department of Justice. Points of view in this document are those of the author and do not necessarily represent the official position or policies of the U.S. Department of Justice or the Office on Violence Against Women.



# United States Department of Justice
## United States Attorney's Office,
## Northern District of Mississippi

# *Certificate of Completion*
## *Presented to*

# *Reggie Woodall*



## *Gun Recovery and Enforcement Training Seminar*
### March 25–26, 2008

United States Attorney



# Certificate of Attendance

This certificate is awarded to:

*Reggie D. Woodall*

**For the successful completion of training of Domestic Violence .**

October 28 & 29, 2008

*Sponsored By:*
*Office Of The Attorney General of The State of Mississippi*

Heather Wagner

Heather Wagner, Special Assistant Attorney General

October 30, 2008

Date

This project was supported by Grant No. 2006-WE-AX-0054 awarded by the Office on Violence Against Women U.S. Department of Justice. Points of view in this document are those of the author and do not necessarily represent the official position or policies of the U.S. Department of Justice or the Office on Violence Against Women.

# National Child Passenger Safety Program

Certifying Body: Safe Kids Worldwide
Curriculum by the National Highway Traffic Safety Administration

In collaboration with the
National CPS Board

Program Sponsor
State Farm®

## Certification Confirmation

## Reggie Woodall

T638822 : Certified Technician

Valid from 11/8/2006 through 11/7/2008

# Bring this card to all of your CPS events for proof of your certification.

✂   ✂   ✂   ✂   ✂   ✂



Reggie Woodall
T638822
11/8/2006 - 11/7/2008

Certified Technician

Certifying Body: Safe Kids Worldwide
Curriculum by NHTSA
In collaboration with the National CPS Board
Program Sponsor: State Farm®

*Just*
*4-13-08*



# Multijurisdictional Counterdrug Task Force Training

This is to certify that

## Reggie D. Woodall

Has satisfactorily completed the following 24 hour MCTFT training course held at

### CLEVELAND, MS

## Patrol Interdiction

*Training held 4/8/2008 through 4/10/2008*

President
St. Petersburg College

Eileen Lahaie
MCTFT Director

*A partnership between The Florida National Guard and St. Petersburg College*



# Certificate of Completion

**National Child Passenger Safety Board Online CEU Presentation**

http://www.cpsboard.org

# Airbags and Boosters

**Earned by:**

## Reggie Woodall

**Certification Number:**

## 638822

**5 / 5 / 2008**

**Date of Completion**

**1**

**Number of CPS
CEUs Awarded**



This certificate must be printed and filed with your CPS Re-certification records. There will be no electronic record of you completing this online session. If this certificate of completion is lost, you will have to retake the online session quiz.



# Certificate of Completion

**National Child Passenger Safety Board Online CEU Presentation**

**http://www.cpsboard.org**

# Latest CRS

**Earned by:**

## Reggie Woodall

**Certification Number:**

## 638822

**5 / 5 / 2008**

**Date of Completion**

**1**

**Number of CPS
CEUs Awarded**



This certificate must be printed and filed with your CPS Re-certification records. There will be no electronic record of you completing this online session. If this certificate of completion is lost, you will have to retake the online session quiz.

# Advanced Law Enforcement Rapid Response Training



*BY THESE PRESENT, BE IT KNOWN THAT*

## Reggie Woodall

*HAS SUCCESSFULLY COMPLETED A*
*LAW ENFORCEMENT TRAINING COURSE IN*

## Rapid Response to Active Shooter Training

CONSISTING OF 16 HOURS AND IS HEREBY AWARDED THIS

### Certificate of Completion

*DATED THIS 10th DAY OF February  2009*

_____
*John Curnutt, Director of Training*

_____
*Matt Wasko, Director of Operations*

# Regional Counterdrug Training Academy

**This is to certify that**

## REGGIE WOODALL

*has successfully completed 40 hours of training in*

*T-CAP / CRIMINAL PATROL*

**from** September 21 **to** September 25, 2009

_Director of Training_

_Commandant_



# Certificate of Attendance

This certificate is awarded to:

## Reggie Woodall

**For the successful completion of 8 hours of Domestic Violence training.**

**February 23 & 24, 2010**

*Sponsored By:*
*Office Of The Attorney General of The State of Mississippi*

_Heather Wagner_

*Heather Wagner, Special Assistant Attorney General*

**February 22, 2010**

*Date*

This project was supported by Grant No. 2006-WE-AX-0054 awarded by the Office on Violence Against Women U.S. Department of Justice. Points of view in this document are those of the author and do not necessarily represent the official position or policies of the U.S. Department of Justice or the Office on Violence Against Women.

EXM 62

# CERTIFICATE OF TRAINING



## *Reggie Woodall*

## **Prescription Drugs and Abuse**

*Training( 8 hours)*

*Conducted  September 28 2010*

*Taylor Hall, Grenada, MS*

*Sponsored by the Grenada Police Department, the U.S. Attorney's Office for the Northern District of Mississippi*

*and the L.E.C.C.of the U.S. Attorney's Office, Northern District of Mississippi*

Randy Corban
LECC

William C. Martin
United States Attorney



### *CERTIFICATE OF*

# **TRAINING**

THE GULF COAST HIDTA
TRAINING PROGRAM
*Hereby Certifies*

## *REGGIE WOODALL*

*Successfully completed 8 hours in the training course*

# *DRUG FACILITATED SEXUAL ASSAULT*

| | |
|---|---|
| *Multijurisdictional Counterdrug Task Force* | *Sergeant Chris Hughes* |
| *(MCTFT)* | Sgt. Chris Hughes |
| **March 10, 2010** | **Training Coordinator** |
| Oxford, MS | **Gulf Coast HIDTA** |
| | **March 10, 2010** |

EAM62

*Capt D.D 01/16/14*



# SCALES BIO LAB

*presents a*

## Certificate of Completion

*to*

**Reggie Woodall**

*of the*

**Grenada Police Dept.**

*for*

### INSTRUCTION IN DNA SAMPLE COLLECTION
### BY BUCCAL (CHEEK) SWABBING

Kathryn M. Rodgers

**Kathryn Rodgers, M.S.**
**Forensic Analyst**

1/16/14

**Date**



# MISSISSIPPI EMERGENCY MANAGEMENT AGENCY
## EMERGENCY MANAGEMENT TRAINING

This is to certify that

## Sgt. Reggie Woodall

Has completed the requirements for

## ICS-300: Intermediate ICS for Expanding Incidents

And in recognition thereof is awarded this Certificate of Completion by the
Mississippi Emergency Management Agency.

### March 28, 2014

_____
Executive Director

_____
Course Director



Capt-8.5  6/27/14

# MISSISSIPPI EMERGENCY MANAGEMENT AGENCY
## EMERGENCY MANAGEMENT TRAINING

This is to certify that

*Reggie Woodall*

Has completed the requirements for

ICS-400: Advanced ICS

And in recognition thereof is awarded this Certificate of Completion by the Mississippi Emergency Management Agency.

June 26, 2014

Executive Director

Course Director



# TRAINING CERTIFICATE

This is to certify that

**REGGIE WOODALL**

has successfully completed the PPCT Management Systems course requirements for

## PPCT Defensive Tactics Basic Certification

Course Location  Grenada, MS

Course Dates  3/3/14 - 3/7/14

Course #  114-168

Expiration  3/7/15

Instructor  _(signature)_

_Bruce K. Siddle_

**PPCT Management Systems, Inc.**
Founder

# CERTIFICATE OF APPRECIATION

This certificate is awarded to

## GRENADA'S FINEST

Reggie Woodall

in recognition of valuable contributions to

PROJECT GRENADA MIDDLE SCHOOL

LEADERSHIP
**Grenada**

*Molly Brown, President*
Signature                                    2/12/15
                                             Date

*Lyle Willa*
Signature                                    2/12/15
                                             Date

# GRENADA POLICE DEPARTMENT

Date: 10/22/18

From: Chief Garrett Hartley, Investigator Sean Wilbourn
To:     City of Grenada

Reference: Duty Weapon Training

Reggie Woodall on 10/22/18 participated in the required training in handgun. This training included but is not limited to classroom portion on the Use of Force Policy in the Department's Code of Conduct Manual, firearm safety, range safety, malfunctions, sight picture and sight alignment and sight focus versus target focus. The field portion included but is not limited to having to adjust to different targets/threats, fire, then get off target and re-establish a good sight picture and sight alignment and fire again, sometimes having to fire at multiple targets/threats during the course of fire and firing on the move. This exercise was conducted at the Grenada Police Department Firing Range and used a Glock .40cal serial # KVX071.


Garrett Hartley
Range Master

Sean Wilbourn
Firearms Instructor

# Grenada Police Department

Date: 04/19/2021

From: Range Master Sean Wilbourn, Lt. Ricky Williamson II
To: City of Grenada

Reference: State approved handgun qualification

Reggie Woodall successfully completed the state approved handgun qualification course with a Glock 22, serial # KVX071. The state approved handgun qualification course was fired at Grenada Police Departments firing range. This certification consisted of firing 50 rounds ranging from the 3yard line to the 25yard line with a mandatory magazine exchange, shooting from the bent elbow position and from the kneeling position. The weather on this day was 42 degrees with a Sunny sky, and a calm wind. The ground was dry with medium length grass with a heavy dew and free of debris.

Sean Wilbourn                                          Ricky Williamson II
Range Master                                          Semi-Auto Instructor

# GRENADA POLICE DEPARTMENT

Date: 10/23/18

From: Chief Garrett Hartley, Investigator Sean Wilbourn
To: City of Grenada

Reference: Tactical Rifle Qualification

Reggie Woodall on 10/23/18 successfully completed a Tactical Rifle qualification course with a DPMS, serial # F241363. The qualification course was fired at Grenada Police Departments firing range. This course included the State regulated firing course that includes firing from the prone, kneeling and firing from cover positions, transitioning to hand guns and magazine exchanges from the range of 7 yards to 100 yards. Also included in this course was firing multiple rounds at multiple targets having to transition from threat to threat.

Garrett Hartley                                    Sean Wilbourn
Range Master                                      Tactical Rifle Instructor

# GRENADA POLICE DEPARTMENT

Date: 04/16/18

From: Chief Garrett Hartley, Investigator Sean Wilbourn
To:     City of Grenada, Grenada Police Dept.

Reference: State approved handgun qualification


Reggie Woodall on 04/16/18 successfully completed the state approved handgun
qualification course with a Glock 40 cal, serial #KVX071. The state approved handgun
qualification course was fired at Grenada Police Departments firing range. This course
includes but is not limited to, weapon familiarization, proper grip, sight alignment,
weapon malfunction, range safety, and a 50 round qualification course.



Garrett Hartley
Range Master

Sean Wilbourn
Firearms Instructor

# GRENADA POLICE DEPARTMENT

**15 NORTH MAIN STREET
GRENADA, MISSISSIPPI 38901
PHONE: 662-227-3455 * FAX: 662-227-3435**

## GRENADA POLICE DEPARTMENT

Date: 06/01/2021

From: Range Master Sean Wilbourn
To: City of Grenada

Reference: Tactical Rifle Qualification

    06/01/2021, Reggie Woodall successfully completed a Tactical Rifle qualification course with a DPMS AR-15, serial #F241363. The qualification course was fired at Grenada Police Departments firing range. This course included the State regulated firing course that includes firing from the prone, kneeling and firing from cover positions, transitioning to hand guns and magazine exchanges from the range of 7 yards to 80 yards with a total of 40 rifle rounds and 10 pistol rounds. This course was fired at approximately 1000hrs. The weather was fair, 73° with 68% humidity and a SSE wind at 2mph. The ground was dry with short cut grass that was free of debris.

Sean Wilbourn

Range Master



STATE OF

MISSISSIPPI

Board on Law Enforcement Officer Standards and Training

Hereby awards this

*Professional Certificate*

TO

**EDWIN H. MERRIMAN III**



This 2nd day of    FEBRUARY    20 10

As being qualified to be a Mississippi Law Enforcement Officer under
Provisions of Chapter 474, General Laws of Mississippi. 1981.

Certificate No.    **21099**

011709

Director
Board on Law Enforcement
Standards and Training

Chairman
Board on Law Enforcement
Standards and Training



## CERTIFICATE OF COMPLETION
AWARDED TO

_____ Hal Merriman _____

OF Grenada Police Dept. (agency)
IN RECOGNITION OF YOUR SUCCESSFUL COMPLETION OF
TASER X26P CEW V.20.2 FOR USER CERTIFICATION COURSE
6H OF TRAINING

CERTIFICATE ISSUED __7/18__ (date)



# **Grenada Police Department**

Date: 04/22/2021

From: Range Master Sean Wilbourn, Cpt. Carnell Farmer
To: City of Grenada

Reference: State approved handgun qualification


Hal Merriman successfully completed the state approved handgun qualification course with a Glock 22, serial # KVX054. The state approved handgun qualification course was fired at Grenada Police Departments firing range. This certification consisted of firing 50 rounds ranging from the 3yard line to the 25yard line with a mandatory magazine exchange, shooting from the bent elbow position and from the kneeling position. The weather on this day was 44 degrees with a partly cloudy sky, and a calm wind. The ground was dry with short cut grass with a heavy dew and free of debris.




Sean Wilbourn                                          Carnell Farmer
Range Master                                          Semi-Auto Instructor

# GRENADA POLICE DEPARTMENT

Date: 10/24/18

From: Chief Garrett Hartley, Investigator Sean Wilbourn
To:     City of Grenada

Reference: Duty Weapon Training

Hal Merriman on 10/24/18 participated in the required training in handgun. This training included but is not limited to classroom portion on the Use of Force Policy in the Department's Code of Conduct Manual, firearm safety, range safety, malfunctions, sight picture and sight alignment and sight focus versus target focus. The field portion included but is not limited to having to adjust to different targets/threats, fire, then get off target and re-establish a good sight picture and sight alignment and fire again, sometimes having to fire at multiple targets/threats during the course of fire and firing on the move. . This exercise was conducted at the Grenada Police Department Firing Range and used a Glock 40cal serial # KVX054.


Garrett Hartley
Range Master

Sean Wilbourn
Firearms Instructor

# GRENADA POLICE DEPARTMENT

Date: 04/18/18

From: Chief Garrett Hartley, Investigator Sean Wilbourn
To:     City of Grenada, Grenada Police Dept.

Reference: State approved handgun qualification

Hal Merriman on 04/18/18 successfully completed the state approved handgun
qualification course with a Glock 40 cal, serial #KVX054. The state approved handgun
qualification course was fired at Grenada Police Departments firing range. This course
includes but is not limited to, weapon familiarization, proper grip, sight alignment,
weapon malfunction, range safety, and a 50 round qualification course.


Garrett Hartley                              Sean Wilbourn
Range Master                                 Firearms Instructor



# STATE OF
# MISSISSIPPI

Board on Law Enforcement Officer Standards and Training

Hereby awards this

*Professional Certificate*

TO

**MICHAEL K. JONES**



**THIS 2ND DAY OF AUGUST, 2018**

As being qualified to be a Mississippi Law Enforcement Officer under
Provisions of Chapter 474, General Laws of Mississippi, 1981.

Director
Board on Law Enforcement
Standards and Training

Chairman
Board on Law Enforcement
Standards and Training



**26283**

Certificate No. _____

# GRENADA POLICE DEPARTMENT

Date: 10/26/18

From: Chief Garrett Hartley, Investigator Sean Wilbourn
To:     City of Grenada

Reference: Duty Weapon Training

Michael Jones on 10/26/18 participated in the required training in handgun. This training included but is not limited to classroom portion on the Use of Force Policy in the Department's Code of Conduct Manual, firearm safety, range safety, malfunctions, sight picture and sight alignment and sight focus versus target focus. The field portion included but is not limited to having to adjust to different targets/threats, fire, then get off target and re-establish a good sight picture and sight alignment and fire again, sometimes having to fire at multiple targets/threats during the course of fire and firing on the move. . This exercise was conducted at the Grenada Police Department Firing Range and used a personal Glock .40cal serial # KVX086.


Garrett Hartley                                    Sean Wilbourn
Range Master                                       Firearms Instructor



# STATE OF
# MISSISSIPPI

**Board on Law Enforcement Officer Standards and Training**

Hereby awards this

*Professional Certificate*

TO

**ALBERT DEANE TILLEY**



**THIS 9TH DAY OF NOVEMBER, 2017**

**As being qualified to be a Mississippi Law Enforcement Officer under
Provisions of Chapter 474, General Laws of Mississippi, 1981.**

_____
Director
Board on Law Enforcement
Standards and Training

_____
Chairman
Board on Law Enforcement
Standards and Training

Certificate No. **25884** _____



## CERTIFICATE OF COMPLETION

AWARDED TO

A. Deane Tilley

OF Grenada Police Dept. (agency)
IN RECOGNITION OF YOUR SUCCESSFUL COMPLETION OF
TASER X26P CEW V.20.2 FOR USER CERTIFICATION COURSE
6H OF TRAINING

CERTIFICATE ISSUED  7/18  (date)



# Grenada Police Department

Date: 04/20/2021

From: Range Master Sean Wilbourn, Commander Kenith Sanders
To: City of Grenada

Reference: State approved handgun qualification


      Dean Tilley successfully completed the state approved handgun qualification course with a Glock 22, serial # KVX088. The state approved handgun qualification course was fired at Grenada Police Departments firing range. This certification consisted of firing 50 rounds ranging from the 3yard line to the 25yard line with a mandatory magazine exchange, shooting from the bent elbow position and from the kneeling position. The weather on this day was 48 degrees with a Sunny sky, and a calm wind. The ground was dry with medium length grass with a heavy dew and free of debris.




Sean Wilbourn                                            Kenith Sanders
Range Master                                        Semi-Auto Instructor

# GRENADA POLICE DEPARTMENT

Date: 10/25/18

From: Chief Garrett Hartley, Investigator Sean Wilbourn
To:     City of Grenada

Reference: Duty Weapon Training

Dean Tilley on 10/25/18 participated in the required training in handgun. This training included but is not limited to classroom portion on the Use of Force Policy in the Department's Code of Conduct Manual, firearm safety, range safety, malfunctions, sight picture and sight alignment and sight focus versus target focus. The field portion included but is not limited to having to adjust to different targets/threats, fire, then get off target and re-establish a good sight picture and sight alignment and fire again, sometimes having to fire at multiple targets/threats during the course of fire and firing on the move. . This exercise was conducted at the Grenada Police Department Firing Range and used a Glock 40cal serial # KVX088.


Garrett Hartley
Range Master


Sean Wilbourn
Firearms Instructor

# GRENADA POLICE DEPARTMENT

Date: 04/16/18

From: Chief Garrett Hartley, Investigator Sean Wilbourn
To:     City of Grenada, Grenada Police Dept.

Reference: State approved handgun qualification

Dean Tilley on 04/16/18 successfully completed the state approved handgun qualification course with a Glock 40 cal, serial #KVX088.  The state approved handgun qualification course was fired at Grenada Police Departments firing range. This course includes but is not limited to, weapon familiarization, proper grip, sight alignment, weapon malfunction, range safety, and a 50 round qualification course.

Garrett Hartley
Range Master

Sean Wilbourn
Firearms Instructor