Incident Search Results

# Grenada County Sheriff's Department

Page: 1 of 1

| Event Type | Start Date | Start Time |
|---|---|---|
| UNRESPONSIVE OFFENDER | 11/29/2018 | 5:54 AM |

**Notes**

On the above date and time main control officer S. Mc Neil informed me the shift supervisor that E.O.C called and notified the jail that police officers where on the way with a violent offender, and need assistance upon arrival. Myself (SGT J. Johnson), and officer R. Harvey goes out to assist police officers bring in the offender. Officer Harvey, myself and police officers D. Tilley, and M. Jones carries offender R. Loggins into the building. I went to get the oncoming shift supervisor and officers for help with offender R. Loggins. Officers R. Harvey, F. Sanders, J. Hankins, L. Hollis, and myself and police officers D. Tilley, M. Jones, and H. Merriman, detains offender R. Loggins to exchange handcuffs and place on leg irons on the offender. Once finished Sgt Clark explained to police officers why we couldn't keep offender Loggins in custody, the police officers left and Sgt Clark made some calls to the deputy warden, then to the warden. After talking to the higher ups she was told to call the ambulance. After calling for paramedics, she goes over and starts to talk to offender Loggins and upon talking to him she notices that he was not responsive and informed me. Then officers J. Hankins, R. Harvey, L. Hollis and myself started to check for vitals. After checking for vitals, we prepared to perform CPR. Then EMT'S arrived and took over the scene. I got into ambulance for security on the way to the hospital, after arriving offender loggins was pronounced dead.

Inmates: R. Loggins MDOC 160212 (None)

Officers: Sgt J. Johnson (None)

Officer Signature: Sgt J. Johnson

**Exhibit T**

Incident Search Results

Page: 1 of 1

RL00192