# Grenada County Sheriff's Department

| Event Type | Start Date | Start Time |
|---|---|---|
| UNRESPONSIVE OFFENDER | 11/29/2018 | 5:54 AM |

**Notes**

On the above date and time SGT J.Johnson called myself Officer R.Harvey to booking area and told me that E.O.C called had notified the jail that police officers where on the way with a violent offender, and need assistance upon arrival. At 05:58 SGT J.Johnson myself (Officer) R. Harvey and other officers along with several staff and police officers tried to remove the handcuffs from offender. Offender was still refusing to cooperate. Police were advised by SGT Clark that offender R.Loggins should be taken to the emergency room. Then after the police officers left a few minutes later offender R.Loggins stop breathing. The staff members and myself prepared to preformed C.P.R on offender R.Loggins. Then EMT's arrived and took over the scene.

Inmates: R.Loggins    MDOC 160212
(None)

Officers: Rapheal Harvey
(None)

Officer Signature: *[signature]*

**Exhibit U**