

# AMR CENTRAL MS
# PATIENT CARE REPORT

DOB:
SEX:
CASE #: 61240921
DOS: 11/29/2018

| SERVICE MODEL AGENCY AMR | DISPATCH INFORMATION | TIMES | |
|---|---|---|---|
| FROM:<br>81 BLEDSOE ST<br>GRENADA, MS 38901<br>(HOME/RESIDENCE) | CALLER: LAW ENFORCEMENT<br>UNIT: 708<br>RESPONSE MODE: LIGHTS AND SIREN<br>ALS ASSESSMENT: AMR EMT-P<br>DISPOSITION:<br>CANCEL ON SCENE-NO PT CONTACT - CANC BY LAW ENFORCEMENT<br>NATURE OF CALL:<br>SICK PERSON/OVERRIDE-DELTA | CALL RECEIVED:<br>DISPATCHED:<br>ENROUTE:<br>AT SCENE:<br>AVAILABLE: | 05:55:00<br>05:55:15<br>05:55:23<br>06:00:07<br>06:08:07 |

## PATIENT DEMOGRAPHICS

NAME:  
ADDRESS:  
CITY, STATE ZIP:  
COUNTRY:  
PHONE:  
CELL PHONE:  
SSN:  

DOB:  
AGE:  
GENDER:  
ETHNICITY:  

INSURANCE: NO INSURANCE AVAILABLE

RESPONSIBLE PARTY:  
PHONE:  

## NARRATIVE

**NARRATIVE**
EMS DISPATCHED DUE TO PT BEING TAZED. OUR ARRIVAL, GRENADA PD HAS PT IN HANDCUFFS IN THE PATROL CAR. NO CONTACT MADE WITH PT.

## IMPRESSION

NO INFORMATION DOCUMENTED.

## HISTORY OF PRESENT ILLNESS

NO INFORMATION DOCUMENTED.

## MEDICAL HISTORY

NO INFORMATION DOCUMENTED.

**Exhibit W**

RL00210

https://medsviewer.amr.net/ 12/4/2018

## CHECKPOINT AUDIT TRAIL

SITE: JACKSON

PCR ID: 20181129061516484 11

| DATE ENTERED CHECKPOINT | CASE NUMBER | DOS | TOTAL AGE(HRS) | IS TRIP IN CHECKPOINT |
|---|---|---|---|---|
| | | | | |

| QUEUE NAME | TIMER ENTERED QUEUE | TIME SUBMITTED | HOURS PRESENT | SUBMITTED/MOVED BY | SUBMITTED METHOD |
|---|---|---|---|---|---|
| | | | | | |

| FIELD NAME | OLD VALUE | NEW VALUE | TIME MODIFIED | MODIFIED BY |
|---|---|---|---|---|
| | | | | |

**RL00211**

,
**DOB:**
**SEX:**
**CASE #:** 61240921
**DOS:** 11/29/2018

## VITAL SIGNS

NO VITALS TO DISPLAY.

## PHYSICAL FINDINGS

NO INFORMATION DOCUMENTED.

## TREATMENTS

| PTA | TIME | CAREGIVER | PROCEDURE |
|---|---|---|---|
| | | WATSON, JOHN, AMR | FACILITY ACTIVATION - ACTIVATION TYPE: NO ALERT |

## ADDENDUM

| DATE | ADDENDUM |
|---|---|
| 06:49:00 11/29/2018 | ON OUR ARRIVAL, THE PT IS FIGHTING WITH GRENADA PD WHILE STILL IN HANDCUFFS. EMS UNABLE TO OBTAIN VITAL SIGNS |

## RUN COMPLETION

NO INFORMATION DOCUMENTED.

**PCR ID:** 20181129061151648411  **DEVICE:** SJACMEDS14  **PRINTED:** 12/4/2018 14:15:13



# AMR CENTRAL MS
## PRE-HOSPITAL CARE REPORT SIGNATURES

**CASE #:** 61240921  **UNIT ID:** 708  **DATE:** 11/29/2018

### AMR CENTRAL MS CREW MEMBERS

**CREW 1**
**NAME:** WATSON, JOHN,AMR
**NUMBER:** 1012146
**CERTIFICATION:** PARAMEDIC

*[signature: John Wotson]*

**CREW 2**
**NAME:** HOWELL, JENNIFER,AMR
**NUMBER:** 1011016
**CERTIFICATION:** EMT

*[signature: JHowell]*

**PCR ID:** 20181129061516484 11  **DEVICE:** SJACMEDS14  **PRINTED:** 12/4/2018 14:15:13

**RL00213**