

# Instructor and User:
# Warnings, Risks & Release Agreement



TASER International, Inc. (TASER) conducted electrical weapon (CEW) training courses are physically strenuous and there is a risk of personal injury. **BEFORE any TASER CEW training or CEW exposure, all persons MUST read the most current TASER CEW warnings and read and sign this form.** This document incorporates all current TASER CEW warnings by reference. This document is effective **January 23, 2015**, and supersedes all prior revisions.

## IMPORTANT SAFETY AND HEALTH INFORMATION

Read, understand, and follow all current instructions, warnings, and relevant TASER training materials before experiencing a CEW exposure or before participating in TASER CEW training. Failure to do so could increase the risk of death or serious injury to the trainee, user, force recipient, or others. Always follow all current instructions, warnings, and TASER training materials to minimize CEW risks.

## TRAINING CEW EXPOSURES

**Voluntary.** TASER does not require a CEW exposure as a condition for Instructor or User Certification. It is up to each agency to determine whether its instructors and users experience a CEW exposure as part of training. If CEW exposures are performed, they must be limited to a single exposure not exceeding 5 seconds and performed in accordance with TASER's guidelines and by a Certified TASER Instructor.[1]

**Probe Deployments to Back Only.** Cartridge deployed probes must be to the back of the torso or back of the legs only.

**Spotters.** All persons taking a CEW exposure must be properly supported by spotters to prevent falls unless lying down on a mat. Each spotter must hold the person and support the arm under the armpit to prevent arm or shoulder injuries.

**Eye Protection.** Eye protection is required for the CEW operator, observers, spotters and the person being exposed to any probe deployment.

## SAFETY INFORMATION: CEW RISKS AND RISK AVOIDANCE

⚠ **WARNING Muscle Contraction or Strain-Related Injury.** CEWs in probe-deployment mode can cause muscle contractions that may result in injury, including bone fractures. CEWs in probe-deployment mode can cause muscle contractions resulting in injuries similar to those from physical exertion, athletics, or sports, including hernia rupture, dislocation, tear, or other injury to soft tissue, organ, muscle, tendon, ligament, cartilage, disc, nerve, bone, or joint; or injury or damage associated with or to orthopedic or other hardware. Fractures to bone, including compression fracture to vertebrae, may occur. These injuries may be more serious and more likely to occur in people with pre-existing injuries, orthopedic hardware, conditions or special susceptibilities, including pregnancy; low bone density; spinal injury; or previous muscle, disc, ligament, joint, bone, or tendon damage or surgery. Such injuries may also occur in drive-stun applications or when a person reacts to the CEW deployment by making a rapid or unexpected movement.

⚠ **WARNING Secondary Injury.** The loss of control resulting from a CEW exposure may result in injuries due to a fall or other uncontrolled movement. When possible, avoid using a CEW when secondary injuries are likely.

**Seizure**. Repetitive stimuli (e.g., flashing light or electrical stimuli) can induce seizure in some people, which may result in death or serious injury. This risk may be increased in a person with epilepsy, a seizure history, or if electrical stimuli pass through the head. Emotional stress and physical exertion, both likely in incidents involving CEW and other uses of force, are reported as seizure-precipitating factors.

**Fainting**. A person may experience an exaggerated response to a CEW exposure, or threatened exposure, which may result in fainting or falling.

**Muscle contraction, incapacitation, or startle response**. CEW use may cause loss of control from muscle contraction, incapacitation, or startle response.

⚠ **WARNING Cumulative Effects.** CEW exposure causes certain effects, including physiologic and metabolic changes, stress, and pain. In some individuals, the risk of death or serious injury may increase with cumulative CEW exposure. Repeated, prolonged, or continuous CEW applications may contribute to cumulative exhaustion, stress, cardiac, physiologic, metabolic, respiratory, and associated medical risks which could increase the risk of death or serious injury. Minimize repeated, continuous, or simultaneous exposures.

**Physiologic and Metabolic Effects.** CEW use causes physiologic and/or metabolic effects that may increase the risk of death or serious injury. These effects include changes in blood chemistry, blood pressure, respiration, heart rate and rhythm, and adrenaline and stress hormones, among others. In human studies of electrical discharge from a single CEW of up to 15 seconds, the effects on acid/base balance, creatine kinase, electrolytes, stress hormones, and vital signs were comparable to or less than changes expected from physical exertion similar to struggling, resistance, fighting, fleeing, or from the application of some other force tools or techniques. Some individuals may be particularly susceptible to the effects of CEW use. These susceptible individuals include the elderly, those with heart conditions, asthma or other pulmonary conditions, and people suffering from excited delirium, profound agitation, severe exhaustion, drug intoxication or chronic drug abuse, and/or over-exertion from physical struggle. In a physiologically or metabolically compromised person, any physiologic or metabolic change may cause or contribute to sudden death.

**Stress and Pain.** CEW use, anticipation of use, or response to use can cause startle, panic, fear, anger, rage, temporary discomfort, pain, or stress which may be injurious or fatal to some people.

**Minimize the number and duration of CEW exposures**. Most human CEW lab testing has not exceeded 15 seconds of CEW application, and none has exceeded 45 seconds. Use the shortest duration of CEW exposure objectively reasonable to accomplish lawful objectives, and reassess the subject's behavior, reaction, and resistance before initiating or continuing the exposure. If a CEW deployment is ineffective in incapacitating a subject or achieving compliance, consider alternative control measures in conjunction with or separate from the CEW.

**Avoid simultaneous CEW exposures**. Do not use multiple CEWs or multiple completed circuits at the same time without justification. Multiple CEWs or multiple completed circuits at the same time could have cumulative effects and result in increased risks.

**Control and restrain immediately**. Begin control and restraint procedures, including during CEW exposure (cuffing under power), as soon as reasonably safe and practical to minimize CEW cumulative effects and the total duration of exertion and stress experienced by the subject.

**Avoid touching probes/wires during CEW discharge**. Controlling and restraining a subject during CEW exposure may put the CEW user and those assisting at risk of accidental or unintended shock. Avoid touching the probes and wires and the areas between the probes during the electrical discharge.

⚠ **WARNING Cardiac Capture.** CEW exposure in the chest area near the heart has a low probability of inducing extra heart beats (cardiac capture). In rare circumstances, cardiac capture could lead to cardiac arrest. When possible, avoid targeting the frontal chest area near the heart to reduce the risk of potential serious injury or death. Cardiac capture may be more likely in children and thin adults because the heart is usually closer to the CEW-delivered discharge (the dart-to-heart distance). Serious complications could also arise in those with impaired heart function or in those with an implanted cardiac pacemaker or defibrillator.

**Use preferred target areas**. The preferred target areas are below the neck area for back shots and the lower center mass (below chest) for front shots. The preferred target areas increase dart-to-heart distance and reduce cardiac risks. Back shots are preferable to front shots when practicable.

**Avoid sensitive areas**. When practicable, avoid intentionally targeting the CEW on sensitive areas of the body such as the face, eyes, head, throat, chest area (area of the heart), breast, groin, genitals, or known pre-existing injury areas.

## SAFETY INFORMATION: INJURY OR INFECTION

⚠ **WARNING Eye Injury Hazard**. A TASER probe, electrode, or electrical discharge that contacts or comes close to an eye can result in serious injury, including permanent vision loss. DO NOT intentionally aim a CEW, including the LASER, at the eye of a person or animal without justification.

⚠ **WARNING Probe or Electrode Injury, Puncture, Scarring, or Infection Hazard**. CEW use may cause a permanent mark, burn, scar, puncture, or other skin or tissue damage. Infection could result in death or serious injury. Scarring risk may be increased when using a CEW in drive-stun mode. Increased skin irritation, abrasion, mark, burning, or scarring may occur with a CEW with multiple cartridge bays when used in drive-stun or three-point deployment modes.

⚠ **WARNING Penetration Injury**. The TASER probe has a small dart point which may cause a penetration injury to a blood vessel or internal organ, including lung, bone, or nerve. The probe or dart point (which may detach or break) can puncture or become embedded into a bone, organ, or tissue, which may require immediate

---

[1] A Certified TASER Instructor is not a TASER agent, but maintains a current TASER instructor certification and complies with TASER's most current training requirements, materials and license agreement.

Representations inconsistent with this document made by any Certified TASER Instructor are expressly disclaimed.



**TASER** Protect Life

**Instructor and User:
Warnings, Risks & Release Agreement**



**WARNING**
Conducted Electrical Weapon
- Can temporarily incapacitate target.
- Can cause death or serious injury.
- Obey warnings, instructions and all laws.
- Comply with current training materials and requirements.
- See www.TASER.com.

medical care, surgical removal, or may result in scarring, infection, or other serious injury.

### SAFETY INFORMATION: CEW DEPLOYMENT AND USE

⚠ **WARNING** CEWs and cartridges are weapons, and as with any weapon follow safe weapon-handling practices and store your CEW securely. Significant differences exist between different TASER CEW models. Before using any CEW, including a multi-shot CEW, ensure you understand the functioning and effects of that model. Follow practices in TASER's warnings and training materials and any additional requirements in your agency's Guidance. Failure to follow the warnings may result in death or serious injury to the user or others.

⚠ **WARNING Confusing Handgun with CEW.** Confusing a handgun with a CEW could result in death or serious injury. Learn the differences in the physical feel and holstering characteristics between your CEW and your handgun to help avoid confusion. Always follow your agency's Guidance and training.

⚠ **WARNING Trigger Hold-Back Model Differences.** If the trigger is held back, most CEWs will continue to discharge until the trigger is released or the power source is expended. With an APPM installed, the X2 and X26P can be programmed to stop a CEW discharge at 5 seconds *even if the user continues to hold back the trigger*, requiring a deliberate action to re-energize the deployed cartridge. Know your model and how it works. Avoid repeated, prolonged, or continuous CEW applications when practicable.

### SAFETY INFORMATION: CEW EFFECTIVENESS

⚠ **WARNING Subject Not Incapacitated.** An ineffective CEW application could increase the risk of death or serious injury to the user, the subject, or others. If a CEW does not operate as intended or if subject is not incapacitated, disengage, redeploy the CEW, or use other force options in accordance with agency Guidance. A CEW's effects may be limited by many factors, including absence of delivered electrical charge due to misses, clothing disconnect, intermittent connection, or wire breakage; probe locations or spread; subject's muscle mass; or movement. Some of the factors that may influence the effectiveness of CEW use in effecting or achieving control of a subject include:

**Subject may not be fully incapacitated.** Even though a subject may be affected by a CEW in one part of his body, the subject may maintain full muscle control of other portions of his body. Control and restrain a subject as soon as possible, and be prepared in case the subject is not fully incapacitated.

**Subject may recover immediately.** A subject receiving a CEW discharge may immediately regain physical or cognitive abilities upon cessation of the delivered CEW discharge. Control and restrain a subject as soon as possible, and be prepared in case the subject immediately recovers.

**Drive-stun mode is for pain compliance only.** The use of a handheld CEW in drive-stun mode is painful, but generally does not cause incapacitation. Drive-stun use may not be effective on emotionally disturbed persons or others who may not respond to pain due to a mind-body disconnect. Avoid using repeated drive-stuns on such individuals if compliance is not achieved.

### SAFETY INFORMATION: GENERAL PRECAUTIONS

⚠ **WARNING Unintentional CEW Deployment or Discharge Hazard.** Unintentional CEW activation or unexpected cartridge discharge could result in death or serious injury to the user, subject, or others.

**Avoid static electricity.** Keep cartridge away from sources of static electricity. Static electricity can cause a CEW or X26, X26P, or M26 cartridge to discharge unexpectedly, possibly resulting in serious injury.

**Keep body parts away from front of CEW or cartridge.** Always keep your hands and body parts away from the front of the CEW and cartridge. If the CEW discharges unexpectedly you could be injured.

***************

**IF YOU HAVE A CONDITION OR PRE-EXISTING INJURY THAT COULD BE AGGRAVATED BY TASER TRAINING OR CEW EXPOSURE, NOTIFY YOUR INSTRUCTOR AND DO NOT PARTICIPATE.**

**Please check all boxes that apply:**

☐ **I do not have injuries, physical or mental conditions that could be aggravated by TASER training or CEW exposure.**

☐ **I have pre-existing injuries or conditions that could be aggravated by TASER training or CEW exposure.**

☐ **I agree to participate in the training course but I do NOT volunteer or agree to be exposed to the electrical discharge of the CEW.**

### LIABILITY & RELEASE AGREEMENT

In consideration of, and as a condition precedent to, the use of TASER copyrighted training materials and participation in the training course; I acknowledge and agree as follows:

**I have read, fully understand and accept the risks.** I have read, fully understand, and accept the risks as stated in this document and TASER's current warnings ("Risks") and that these Risks exist whether or not I have pre-existing injuries. With full knowledge of the Risks, I voluntarily agree to participate in this TASER CEW training course.

**TASER does not require a CEW Exposure.** I understand that TASER does not require a CEW exposure as part of Instructor or User training. It is up to each agency to determine whether its instructors and users experience a CEW exposure as part of training and it is exclusively my decision to voluntarily experience a CEW exposure.

**I accept the Risks.** Understanding the Risks, I assume all Risks inherent in CEW training and the CEW exposure (unless I opted out of the CEW exposure as indicated on this form), whether known or unknown, foreseen or unforeseen.

**Release and hold harmless.** I release and hold harmless TASER, its agents, officers, directors, employees, and distributors, my instructor, my law enforcement agency, and the host agency (collectively "Released Parties"), from any and all claims, including but not limited to, claims for strict liability, breach of warranty, failure to warn, or any other theory of liability whatsoever even if due to the NEGLIGENCE or GROSS NEGLIGENCE of the Released Parties. I specifically waive any statutory rights I may have regarding the release of unknown claims.

**I agree no one will sue Released Parties.** I promise that neither I nor anyone on my behalf will ever sue or bring any other legal action or claim against the Released Parties for anything related to my TASER CEW training.

**Workers' Compensation Rights.** This release does not waive any rights I may have under Workers' Compensation Laws. I agree that any recovery under Workers' Compensation Laws does not change, extend or enlarge the waivers and protections inherent in this agreement.

**This agreement supersedes any other representation.** This release supersedes any other statement, agreement or representation, written or oral, concerning my TASER CEW training (including any CEW exposure). I affirm that this is my entire agreement with TASER and I am not relying on any representation by my instructor or agency inconsistent with TASER's warnings and the Risks set forth in this document or in TASER's training materials.

**This agreement is a binding contract.** I intend this form be legally binding upon me, my heirs, executors, administrators, attorneys and assigns. This agreement is contractual and not a mere recital. If any part of this agreement is held vague, invalid, or otherwise unenforceable, the rest of the agreement will continue in full force and effect.

**I am competent to be bound by this agreement.** I affirm that I am competent to enter into and be bound by this agreement; that I have read and understand this Liability & Release Agreement in its entirety; that I have not been induced to sign this agreement by any promise or representation; and that I sign it voluntarily and of my own free will. By signing below I understand that I am giving up certain legal rights, including the right to recover damages in case of injury.

Date _____ Signed _____

Printed Name_____

Agency_____

**Mail, fax or email a copy of this completed form to TASER at:**
17800 N. 85th St., Scottsdale, AZ 85255
Fax 480.905.2027 Email legal@taser.com