EXHIBIT "C"

Arrest History

(filed under seal pursuant to Order [88])