EXHIBIT "E"

-Initial 911 Call-

(Conventionally Filed)