EXHIBIT "F"

Woodall Body Cam Video

(Conventionally Filed)

PD.37087149.1