EXHIBIT "G"

Merriman Body Cam Video

(Conventionally Filed)

PD.37087167.1