## RECORDED STATEMENT OF JOHN WATSON

**ROBERT DEVON LOGGINS DEATH INVESTIGATION**

**MBI CASE NO.: M19-00000391**

**ME NO.: ME18-1164**

**DATE: 11/29/18**

MS: Today's date is December 6, 2018. Present today is Mark Steed, MBI; Wayne Cantrell, MBI Investigator; William Blackmon, District Attorney's Office, 5th Judicial District. Interview is taking place at the district attorney's office in Grenada, and the interview is regarding the death investigation of Mr. Loggins. Also attending the interview today is John Watson, Paramedic, AMR; Steve Peacock, senior operations supervisor, AMR out of Jackson.

And, John, as I previously told you that the interview is regarding the surrounding situation with Mr. Loggins on November 29, 2018. And I understand that AMR received a medical assistance call at about 5:00 a.m.

JW: Correct.

MS: By Grenada or 911 center?

JW: Correct.

MS: To Govan Street. Can you tell me when you got there what you saw?

JW: When we arrived on the scene, the patient was in handcuffs. He was talking, screaming, pretty much cussing the police officers. Probably after about a minute after we looked at him, the police offices picked him up. He walked at first to the patrol car, then he dragged his legs and then when they went to put him in the patrol car, he started fighting with the police officers again. He was putting his feet on the side of the car, tried to head butt the police officers, and they finally got him in the patrol car and he was still – you could see from where I was at that he was still trying to fight his way out of the patrol car.

MS: Okay. Whenever you – while you were there on the scene and the police brought Mr. Loggins out, did you see any blood coming from Mr. Loggins' head area?

JW: No, sir. There was no blood nowhere on Mr. Loggins.

MS: Did it appear that he had his teeth knocked out?

JW: No. His teeth were intact.

MS: Okay. Could you tell that he had any lacerations to the head?

JW: No. There were no lacerations.

MS: Was there any markings or impressions indicative of being hit by an object to the throat area?

JW: No.

MS: Okay. Did you hear Mr. Loggins say aloud that he had been assaulted by the police?

JW: From what I remember, I do not remember hearing that.

MS: Okay. Did you see the police assault him?

JW: No.

MS: Okay. Was – you already stated that Mr. Loggins was resisting the police.

JW: Right.

MS: And did at any time did Mr. Loggins – did he refuse medical treatment?

JW: No, because medical treatment at that point in time was not necessary.

MS: Okay. Would it have been hard to deal with Mr. Loggins in your capacity in his condition?

JW: In the condition that he was in, if I had to administer any type of medical services to him, the way he was acting out and belligerent, it would have been almost impossible.

MS: Okay. Based on your experience as a paramedic, do you think that Mr. Loggins – is that normal behavior or do you think that he may have been under the influence of something?

JW: I honestly cannot say because I did not know him personally. I never had any kind of interactions with him, so I do not know if that was normal behavior for him.

MS: Okay. And so I understand at that point he was put in the patrol car and transported to Grenada County Jail.

JW: Yes, sir.

MS: And then shortly thereafter, EMT staff was called back up there; is that right?

JW: Yes, sir.

MS: Or called to that location?

JW: Yes, sir.

MS: And did you respond to the jail?

JW: Yes, sir. I did.

MS: And I understand that Jennifer was with you that day?

JW: Yes, sir. She was driving the ambulance.

MS: And what did you see when you got to the jail?

JW: When we initially arrived at the jail, it was probably two minutes before we could actually pull up into the jail because the door was let down. We made several attempts to get in there, sirens to let them know we was out there, then they wouldn't let the door up. We pulled in. From where we stopped, you could see the patient lying supine on the ground, and there was several of the staff standing there beside him. Some were looking at him. Some were looking at us.

MS: Okay. When you went into the jail and Mr. Loggins was lying on the floor, did you see any blood?

JW: He had a small amount of blood on his teeth. There was none nowhere else. It was just a little bit on his teeth.

MS: Okay. So his teeth were intact?

JW: His teeth were intact.

MS: Okay. At that point, did you see any lacerations on his head?

JW: No. There was no lacerations because he was lying then – our initial contact it was dark, of course, it was in the morning. The second contact was very well lit and there was no lacerations, no blood nowhere on him.

MS: Okay.

JW: Other than the little bit that was in his mouth.

MS: At the jail, was Mr. Loggins responsive?

JW: No. He was not responsive.

MS: Okay. Did he ever say at any point in time that morning that he had been mistreated or abused?

JW: No.

MS: Okay. Did you see Mr. Loggins being mistreated or abused in any way?

JW: Initially, no. Then at the jail, he was unresponsive. He had no movement, nothing.

MS: Okay. And shortly y'all arrived at the jail and obviously you saw the need for urgent medical care, he was transported to the hospital; is that right?

JW: Yes.

MS: Okay. Did he say anything to you on the way to the jail – I mean, to the hospital?

JW: No. He was unresponsive. He was still unresponsive.

MS: Okay.

WB: I want to go back to the scene.

JW: Okay.

WB: When you made contact with Loggins and the police, did they mention to you that Loggins had been tased?

JW: Yes, they did.

WB: Were you the one that removed the taser prongs or prong?

JW: Right. There was two taser prongs that was stuck in his jacket. They didn't make any contact with the skin. There were none nowhere else that I saw.

WB: What was the condition of his pants?

JW: From what I remember, he had pants on, black pants on. I mean, they was fully intact.

WB: Pulled up to his waist or where were they?

JW: I want to say they was sitting below his waist line.

WB: Sitting below the waist?

JW: Yes.

WB: When the officers went to put Loggins in the car, did you ever see Loggins standing on his feet?

JW: Yes.

WB: If you had to examine Loggins in the condition he was in, could you?

JW: The condition he was in –

WB: His behavior, the condition he was in?

JW: No. I would not feel comfortable assessing him for my safety or the safety of my partner with the condition he was in.

WB: Okay. So the okay was given to take him to jail?

JW: Yes.

WB: And the police took him to jail?

JW: Right.

WB: When you got to the jail, could you tell me again what you saw?

JW: He was lying supine on the floor. He looked like he was on his back. There were several of the staff standing around him. Some were looking down at him and some were looking at us when we arrived.

WB: Did you administer anything to him?

JW: Yes. Initially I put him on a monitor to check his initial rhythm which was asystole, which is basically the heart is not beating, it's dead. CPR was started. I start an IO in his leg which is basically a drip into the bone. The first drug I administered was Narcan because they had – the officers on the scene said they pulled a vial of what looked like

|     |     |
| --- | --- |
|     | drugs from him so I immediately administered Narcan, then Epi, three Epi, and then I administered another Narcan while in route. I also intubated him while he was on the jail floor, attached BBM, CPR and we administered oxygen to him all the way to the hospital. CPR and oxygen was administered in route. |
| WB: | How long have you been an EMTP? |
| JW: | I have been a paramedic for four years? |
| WB: | In your experience, have you ever seen a person go from the condition he was in on the scene you saw the first time to, I'm going to say moments because I don't know the exact time, moments later flat on his back on the floor? |
| JW: | I have. |
| WB: | What caused that from your experience? |
| JW: | The one that comes to mind, we had a person that was short of breath that when we to him on the scene he was talking, alert, oriented and then probably a minute later we was doing CPR. |
| MS: | This concludes the interview. Interview ends at 11:24 a.m. |