# EXHIBIT "I"
# Jail Video
# (Conventionally Filed)