# EXHIBIT "J"
# 911 Calls from Jail
# (Conventionally Filed)

PD.37087312.1