# MISSISSIPPI BUREAU OF INVESTIGATION




**Incident Date:** November 29, 2018
**Incident Description:** Death Investigation
**County:** Grenada
**MBI Case Number:** M19-00000391
**ME Number:** ME18-1164
**Agent:** Mark Steed

**Details:** On November 29, 2018, Agent Mark Steed (Steed), Mississippi Bureau of Investigation (MBI), interviewed Michael Kentarus Jones, black male, date of birth May 11, 1983, Social Security Account number 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, who resides at 2305 Grenada BLVD, Greenwood, Mississippi 38930. Said interview was regarding the above captioned matter. Said interview was recorded and transcribed. The transcribed interview is attached hereto and made part of the casefile.

Mark Steed

EXHIBIT "M"

# RECORDED STATEMENT OF MICHAEL JONES

**ROBERT DEVON LOGGINS DEATH INVESTIGATION**

**MBI CASE NO.: M19-00000391**

**ME NO.: ME18-1164**

**DATE: 11/29/18**

MS: Today's date is November 30, 2018. Present today is Mark Steed, MBI; William Blackmon, Investigator, District Attorney's Office 5th Judicial District, interviewing Michael Jones of Grenada Police Department. The interview is taking place at the district attorney's office in Grenada, Mississippi, and the interview is regarding the death investigation of Robert Loggins that occurred on 11/29/2018.

Officer Jones, will you state your date of birth, please?

MJ: May 11, 1983.

MS: And, Officer Jones, prior to this interview, were you provided a Miranda Rights form?

MJ: Yes.

MS: Did you read it aloud?

MJ: Yes.

MS: And did you sign the form?

MJ: Yes.

MS: Have you been threatened or coerced to make this statement?

MJ: No.

MS: How long have you been a police officer with Grenada?

MJ: I was hired on May 5th of this year, 2018.

MS: Have you been to the police academy yet?

MJ: Yes.

MS: Do you have prior law enforcement prior to Grenada?

MJ: I worked in corrections.

MS: And what agency was that?

MJ: Camp Montgomery Regional Corrections Facility.

MS: How long was that?

MJ: I did that for eight years on and off?

MS: Okay. Do you recall an incident on November 29th involving Robert Loggins?

MJ: Yes.

MS: And were you on duty at that time?

MJ: Yes.

MS: Will you tell me exactly how you became involved in that?

MJ: I was at the station preparing to leave to go off duty and the call came across the radio. The complainant said they heard noises like somebody was calling for help or needed some help pretty close to their house, and so that's when I jumped in my patrol unit, proceeded to the location. When I made it to the location, I looked around and I was in the wrong spot. I was in the wrong location so I followed the other patrol units over to the correct location and we got out and looked around and we came across Mr. Loggins in the back.

MS: When you responded, what officer did you initially respond with?

MJ: If I'm not mistaken, I don't want to fabricate anything but I'm thinking the call belonged to Hal which is G-29.

MS: When you initially responded, which street did you respond to?

MJ: Pecan Street. It was on – they said it was 45 or 50 West Pecan Street which I headed west in that area of Pecan Street west of Highway 51 which was the wrong area, and we went to the east side of 51 to the correct address.

MS: Okay. When you go to work every day, what type of equipment do you normally carry?

MJ: The basic essentials for the uniform, I have my vest, Glock 40, two magazines, handcuffs, OC Spray, flashlight.

MS: Do you have a taser?

MJ: No, sir.

MS: Do you have an ASP Baton?

MJ: No, sir.

MS: Why don't you have any – why don't you have a taser?

MJ: I haven't been certified to carry a taser.

MS: So on this date, you were equipped with everything that you mentioned to me?

MJ: Yes, sir.

MS: Since you've been employed with Grenada, have you received calls before of prowlers or somebody trespassing on other people's property?

MJ: Yes, sir.

MS: Did you ever or have you even known anybody to be arrested for those types of crimes?

MJ: Yes, sir.

MS: And since you've been with the Grenada Police Department, have you arrested anybody that resisted in the past?

MJ: Yes, sir.

MS: When was the first time on that day that you actually laid eyes on Mr. Loggins?

MJ: It was after I walked or tried to cut through the couple houses in which they was fenced off in kind of like the alley way. I had to go around and make my way to the back, and that's when an officer said, "We spotted him right here," and we went over and made contact with Mr. Loggins to see what was wrong. We went and assessed the situation.

MS: Okay. When you saw "we", who else was with you?

MJ: Let's see, it was myself, Captain Gammage, Sergeant Woodall, Tillie and if I'm not mistaken – well, no, I'm not mistaken, Hal came, G-29, he showed up a little later.

MS: When you – did you actually aid in subduing Mr. Loggins?

MJ: Yes, I did,

MS: How did you make it into the little grassy area where he was at?

MJ: We actually had to just find the best route. I mean, it was so thick and the grass was so high till, I mean, if Tillie hadn't spotted him, we probably would have never found him because he had, you know, his clothing was blending in with the weeds. The area he was in, his voice was echoing which, you know, made it sound like it was coming from other sides of the street.

MS: Okay. When you actually made it up to Mr. Loggins, did you actually jump the fence or did you go in from Govan Street?

MJ: I went in from Govan Street and cut between two houses, which the lady has a second building behind her house and we was able to slide through the fence at the second house at the back.

MS: Okay. So whenever you made it to the field, who was already there?

MJ: I want to say Tillie was already there I want to say because there was a fence. You know, the grass is so high and they say there was a fence there, but, I mean, Tillie was the first one to, you know, was the one to spot him, so.

MS: Okay. So what officers were present when you approached Loggins?

MJ: Myself, Captain Gammage, Sergeant Woodall and Office Tillie.

MS: Okay. Was Mr. Loggins resisting arrest at that point?

MJ: When we made contact with him he was coherent. He was able to understand what we was saying, but he was not willing. We, you know, asked him to stand up, talk to us, you know, and when we, you know, tried to help him up, that's when he become, you know, it's like he wasn't hisself, you know.

MS: Was he threatening the police?

MJ: He had this tone, you know, and he was – it was like he was talking in tongue or something, and he was, you know, saying something about God and Allah. He was quoting scriptures out of the Kuran, and he was, you know, he was using profanity and, you know, he was just resisting, you know, it was like, you know, it was like we wasn't an authority figure to him, you know, and, I mean, wasn't willing to cooperate.

MS: Okay. Was Mr. Loggins tased?

MJ: Yes.

MS: Okay. And who tased Mr. Loggins?

MJ: Now, I'm not going to lie. I can't remember who actually hit him with the taser. They got me, too. At that point, I, you know, I kind of got tunnel vision, and I can't remember as far as – you know, I just can't actually just say who hit him with the taser.

MS: Okay. So if you say you got tased, you must have been in between the wires somehow or another.

MJ: Well, I was on his right side, and he had his, you know, arms tucked, and we asked him, you know, several times to, you know, just show us his hands. You know, just bring his hands, you know, show us his hands to make sure he didn't have any weapons or anything that can do bodily harm, you know, to us or his self. So when this arm come up, this arm was still down so I was going to reach for his left arm and he snatched it away, so that's when I grabbed the right arm and, you know, Tillie grabbed for his cuffs and I had his right arm. I told Tillie, you know, to cuff him. He was just resisting, just struggling. When I say strong, this guy was strong.

MS: Okay. So during the course of actually handcuffing or trying to handcuff Loggins, did every officer there have their hands on Mr. Loggins?

MJ: With the adrenalin that was going, I want to say every – I had his right arm, Tillie had the left arm, Gammage was here, I want to say kind of almost straddling, Sergeant was there, so I want to say just – I want to say just me, Gammage and Tillie, I want to say. Like I say, once I got hit with that taser, I just got tunnel vision. You know, I'd never been hit with a taser before.

MS: Okay. Did you see anybody strike Mr. Loggins with a flashlight?

MJ: No, sir. I never seen anybody hit him with a flashlight.

MS: Okay. Did you hit him with a flashlight?

MJ: No, sir.

MS: Did you hear Mr. Loggins being struck with a flashlight?

MJ: No, sir. The only thing basically you could hear was us giving him commands and a bunch of grass, you know, weeds just moving. That was pretty much it. As far as strikes, you know, with a flashlight, no, sir.

MS: So if you've got his right arm and somebody else has got his left arm, that means you're going to be pretty close?

MJ: Yes, sir.

MS: Okay. And y'all are struggling to get his hands from underneath him to behind him.

MJ: Yes, sir.

MS: All right. So that's two officers. So you've got two more officers doing something. One of them obviously tased him because you got tased. Okay?

MJ: Right.

MS: So then that means there's another officer doing something. So Mr. Loggins was struck with some object.

MJ: As far as him being struck, I have no knowledge of him being struck. Like I said, after I got hit with the taser, I was focused on this arm and watching the wires and I was looking for the probes to make sure I didn't make contact with those no more and, you know, getting his arm behind him. Once he did get his arm behind him and we got the cuffs on him and we gave him the command to get up and he wouldn't stand up so that's when we had to tote him from the woods back, you know, to the house as far as the patrol units. And once we got him there, the ambulance came, looked at him like this, "He's okay." We put him in my patrol unit. I proceeded to the county jail with him and I – oh, that's when we had to our cuffs off, which it took me, Tillie, Hal, and a few more correction officers to swap the handcuffs out. And once we got our handcuffs out, Captain told me, you know, everybody just come on back to the station.

MS: Okay. So if you've got his right arm, Tillie's on this left side. Okay. What's Officer Gammage doing?

MJ: All I can say is I had been hearing Gammage giving him, you know, verbal commands to, you know, stop struggling, you know, I mean, just let us get the cuffs on you, man. We ain't trying to hurt you. Just stop resisting. You know, because give me your arm because once I got this arm pretty much in control, I want to say Tillie was kind of having trouble getting his left arm, but then he, you know, he finally gave in. Loggins finally gave in.

MS: And there was another officer, okay?

MJ: Right.

MS: And what was he doing?

MJ: The only thing I can remember Hal doing was helping me – by the time we got him halfway, we sat him down to rest. And that's when Hal came and got the left side and I continued with the right side, toted him to the ambulance – well, toted him out to the street so the ambulance, you know, the paramedics can check on him. That's the only thing I remember Hal doing because I don't even – I think Hal – I don't know if Tillie jumped the fence. Like I said, I don't know. They said it was a fence there. I don't know. I'm thinking Hal might have walked around or drove around and he came – found

the way we came in and, you know, he came and showed up later. But the only thing I know, you know, Hal did was help me tote him.

MS: Okay. So you're telling me that you didn't see anybody strike Mr. Loggins with a flashlight even if it was just on his arms or legs?

MJ: Oh, no, sir. I didn't, I mean, I don't even recall a strike with anything. I promise you, sir. I mean.

MS: Okay. You understand that this is a death investigation?

MJ: Yes, sir.

MS: Do you understand that lying to me about this case is a felony?

MJ: Yes, sir.

MS: Do you understand that?

MJ: Yes, sir.

MS: Okay. And do you understand that if you have knowledge of acts that went on out there and that you lie about it, that that could be criminal? That is criinal.

MJ: Yes, sir.

MS: And you're willing to take that chance?

MJ: I mean, I'm not taking any chances, sir.

MS: Well, what I'm saying is is that the injuries on Mr. Loggins does not add up to the story. And the thing about is, and I'm going to tell you just like I tell everybody else, y'all didn't do anything wrong. Okay?

MJ: Yes, sir.

MS: You've got the right to use the amount of force necessary to effect an arrest, but when there are certain injuries to somebody and somebody dies, I need to know so I can be able to tell who I've got to report to about these injuries. Okay. And so you've been in corrections before, so I would suspect that a person that has been in corrections before, you've probably had more training and dealing with irate or combative people than the average police officer.

MJ: Yes, sir.

MS: So the fact that you tell me that you're on his right side, Tillie was on his left, and you don't know where the other officers are at or what they're doing, I don't buy that. I've been in law enforcement a long time and if me and you and William are struggling with somebody in here, okay, and we were trying to subdue them, I'm going to know exactly what y'all are doing. I've already been there, man. I've done it.

MJ: Yes, sir.

MS: Okay? And so the fact that you tell me that you don't know where those other officers were and what they were doing, that don't add up.

MJ: Yes, sir. I mean, I promise you I don't know what to tell you because I was on his right side, Gammage was here –

MS: What's here?

MJ: Behind him, you know, like behind his legs.

MS: Okay.

MJ: And Tillie was here and I could hear Woodall but I just can't place him. I promise you, I just can't place him.

MS: Michael?

MJ: Yes, sir.

MS: Who struck Mr. Loggins?

MJ: I have no idea, sir. I promise you I have no idea, sir.

MS: So you're telling me that you don't know who struck Mr. Loggins?

MJ: No, sir.

MS: I know Mr. Loggins was struck. I've already been told that he was struck. Okay?

MJ: Yes, sir.

MS: And so with you being there and you're telling me you don't know, that makes me feel like that you are hindering this investigation.

MJ: Sir, I mean, I promise you I don't know. I promise you I don't know, sir.

MS: Do you understand that most police officers get in trouble because they lie?

MJ: Right.

MS: Okay. Just like in the correctional facilities, I work crimes there.

MJ: Yes, sir.

MS: Correctional workers, they lie sometimes to get out of trouble for things that they've done. Okay? That's what gets you in trouble. I'm on your side, Michael. I'm for the police.

MJ: Yes, sir.

MS: I am an officer myself. Okay?

MJ: Yes, sir.

MS: I've done exactly what's been done in this case here? But when I've been asked about it, I tell the truth.

MJ: Yes, sir.

MS: Okay? And that's why I'm asking you, I know that you haven't been with Grenada long. I know what Code Blue is and what stays in the field – happens in the field stays in the field. I know all of that. Okay?

MJ: Yes, sir.

MS: But I'm telling you that the story is not adding up. Okay? I know that you know who struck Loggins, and I know that you don't want to say.

MJ: No, sir. I promise you I don't. I don't know who, I mean, I didn't even know he was struck. Honestly, I didn't

MS: Okay. All right. So you get tased by accident?

MJ: Right.

MS: Okay. So if you get tased by accident, you had to feel it?

MJ: Right.

MS: Being tased is not a very pleasurable sensation. Okay?

MJ: It hurt.

MS: So he got your attention. So who did the tasing? You had to have known who tased you? Did you not acknowledge that you got tased?

MJ: Oh, yes, sir. I hollered out. I mean, I cussed. I said, "Oh, 'S'," you know.

MS: Okay. So the person that tased –

MJ: I backed up and looked at the line and I looked at the probe.

WB: Did you look up to see who was pointing the taser? Because it was on the five second ride at that time.

MJ: Okay. Sergeant Woodall tased. I was here. Sergeant Woodall tased. Sergeant Woodall tased because – yes, sir, Sergeant Woodall tased because I remember, I said, "Wait." I said, "Just let me see your baton." I was going to take the baton and pry his arm out like they showed me in (inaudible) at the academy. He said, "No." He said, "Pap." And when he said, "Pap," I guess I was too close to him and the probe hit me.

WB: Okay. The line hit you or the probe hit you?

MJ: The line, the probe – I guess, I got the bruises here. So, I mean, it didn't stick in me because I got the bruise here. Once I felt it –

MS: You were inside the circuit, so that's why you got shocked.

MJ: Yes, sir.

MS: But I appreciate you being honest about who did the tasing. I appreciate that. Okay? You should have told me that to start with.

MJ: Sergeant Woodall. Where is Gammage? Sergeant Woodall tased. Sergeant Woodall tased.

MS: Okay. And you're certain about that?

MJ: Yes, sir.

MS: Okay. And that's fine. The guy needed to be tased, and that's perfectly fine. Okay. So who struck Loggins?

MJ: I have no knowledge of no striking, sir. I have no knowledge of striking.

MS: Well, that only leaves one other officer.

MJ: That's Hal, which Hal hadn't even – I didn't see Hal nowhere in the picture. I didn't even hear Hal's voice nowhere until it was time to tote him.

MS: So you're holding his arms?

MJ: I'm holding his right arm.

MS: His right arm? You told me you were holding his right arm. Tillie is on his left side?

MJ: Right.

MS: So if somebody is hitting the back of his arms to try to get him to comply, there's a pressure point on the back of the elbow. So if somebody is hitting the back of his elbow trying to get him to comply, who was doing that? They'd have been all on top of you.

MJ: Not on the right side. Tillie was on the left side. I was on the right side. Tillie was on the left side. Gammage was almost straddled him on his back trying to, you know, help us get his arms around. Now as far as the flashlight, sir, I promise you, I don't know anything about nobody getting hit with a flashlight, sir.

MS: Okay.

MJ: I can walk through a thousand courtrooms and testify that I don't know anything about nobody being hit with a flashlight.

MS: Okay. Was Loggins bleeding from the mouth?

MJ: The only place that I know was bleeding was I think Tillie's hand from where Tillie got bit or something because I had a little blood, like just a little strip of blood on this finger right here from when me and Tillie made contact. That was it. That was the only blood I saw.

MS: So let's fast forward till we get to the jail. Let me back up. Whenever you transported Mr. Loggins from the field to the patrol car, did you assist in carrying him out?

MJ: Yes, sir. I was on his right side. I had him in my left arm. I was on his right side. Sergeant Woodall was on this left side with his right arm and Tillie had the legs because he was trying to kick. Tillie had the legs and we walked about halfway and sat him down to take a break, and that's when Hal – Sergeant Woodall gave Hal the command to come and get the left side, and I just went ahead and, you know, to go on and get him up there

so EMS could see him. Went on ahead – I fought through it and got him to where EMS could see him. They looked at him. "He's okay." And then one of the EMS, the lady, came over and she said, "Is that the same guy we've been having trouble with?" I said, "No, sir – I mean, no, ma'am." They said, "That's Mr. Loggins. He's the same guy." And she said, "Well, that last guy y'all brought us, you know, was on Flakka or something like that and they didn't have nothing to counteract that drug or whatever." And she said, "Well, he's fine." I got in my patrol unit and headed straight to county.

MS: When you get to the jail, and I understand that he had the officer's cuffs on him, and they wanted to change the cuffs out so the officer could keep his own cuffs.

MJ: Right.

MS: Did you – at the point that – at the point that they went to change the cuffs out, did you see anybody kick Mr. Loggins?

MJ: No, sir. I never seen anybody kick him. Tillie was in front of him. I was on this side which would have been his left side and I want to say Hal was by his right back leg and the correction officers was kind of like, you know, in the center of his body, you know, holding pressure on him to keep him from moving. Everybody kind of had his body parts trying to keep him restrained while we changed the cuffs. That's when I had to go in my pocket and get the cuff key because Tillie's key wasn't working for some reason. I got Tillie's cuffs off and we, you know, we took one side off, clamped the side, took the other side off, clamped the side like that. That's how we swapped out the cuffs.

MS: Was anybody sitting on Mr. Loggins?

MJ: Not from here up. It was one guy had a knee around the buttocks area kind of like right here.

MS: Who was that?

MJ: One of the corrections officer. I don't know his name.

MS: Was anybody sitting on Mr. Loggins' head or neck area?

MJ: Tillie was up like this, but he wasn't, you know, sitting on his head or his neck or anything. I want to say he kind of held pressure like right here to hold his arm while I get this one uncuffed and then switched sides. You know how I explained that we changed the cuffs out. So he was like he was going from side to side with the way I was taking the cuffs off. But he never put pressure on his neck or his head.

MS: And at the point that everybody started going down to change those cuffs out, did you see anybody, maybe not kick Mr. Loggins, but maybe take their foot and roll him over? Like if you were laying on the floor and I just put my foot on your ribs?

MJ: You talking about that?

MS: Yeah. And just kind of roll them over; did you see that?

MJ: I'm trying to play that back in my mind. I remember him rolled on his side when I was walking away, but I got distracted because the correction officer, the sergeant that was

running the shift at the moment, she was griping and complaining something about they couldn't keep him because he was under the influences of drugs or something, and, you know, steadily telling me that I was going to have to take him back with me, and I'm like, you know, my shift supervisor said, "No, y'all got to keep him." It was like a lot of commotion going on so I promise you I don't remember anybody kicking him or rolling him over or nothing like that.

MS: Okay. All right. While you're at the jail, did you notice if Loggins was bleeding from the mouth?

MJ: No, sir. I didn't notice any blood coming from his mouth.

MS: Okay.

MJ: I'm being honest with you, sir, I can't even remember his face like at all. If he come in and walked through this door right now and slapped me, I couldn't tell you that was Loggins.

MS: Okay. So do you know if he had any missing teeth from being knocked out?

MJ: No, because that would have been one of the questions that EMS would have asked, well, what happened here, you know. No, he didn't have any teeth, you know, that was kicked out or knocked out while he was in my custody, while I was with him.

MS: Do you know if EMS -- when y'all were at the arrest scene originally over off of Govan, do you know if they actually looked at his mouth?

MJ: They came and stood and looked over him. They didn't, you know, open his mouth or nothing like that. They came and stood and looked over him and said, "He's fine," and that was it.

MS: Do you have any questions, William?

WB: Yes, sir.

Did you hear somebody hit Robert Loggins with a hard object? You wouldn't have been able to see much because it was dark in that area where you were. Did you hear anything?

MJ: No, sir. No, sir. I didn't hear anything like that, sir. But I did hear, you know, how word travels on the street that it was an inmate over there that said some guards might have done something to him, you know, but that's you know, that's just street talking.

WB: On the scene where you were –

MJ: No, sir.

WB: No, sir. On the scene where you were, a person's only so wide, a foot and a half wide. If you were on the right arm, Tillie was on the left arm, Gammage in the mid-section of the leg area, Woodall around there somewhere, legs, somewhere. At what point did you get the hands behind his back and how did you get his hands behind his back?

MJ: Well, I forced this arm, the right arm. I muscled up the strength and forced this arm behind him and we got the cuff on that. And just after a period of just struggling, he just finally just, you know, kind of gave in with this side and we got this side cuffed. Tillie got this side cuffed.

WB: Tillie was having a hard time getting that hand behind his back. Was anybody else over there trying to get that hand behind his back because you had the right side?

MJ: Gammage was helping on both sides, and I want to say, I don't want to lie on nobody, but I want to say Sergeant might have helped Tillie with that side.

WB: Sergeant Woodall you're talking about?

MJ: Yes, sir. Like I said, I don't want to lie on nobody, but I want to say he might have helped Tillie, you know, with that arm thing.

WB: Now I want you to understand what I'm asking. You've got the right hand behind his back with the cuff on it?

MJ: Right.

WB: It's at most one foot from – what I'm asking you, did you see anybody – did you hear anybody hit Loggins to get that arm behind his back?

MJ: No, sir.

WB: I mean, you're right here now. So your ear was right there, too.

MJ: Yes, sir.

WB: And you didn't hear anything?

MJ: No, sir.

WB: How bad did that taser effect you?

MJ: I'm still sore. I can show you the bruise right now. I'm still sore.

WB: But when you did get Loggins handcuffed and got him out of the field, the grassy area and through the backyard area and got him in the car, you transported him, right?

MJ: Yes, sir.

WB: On the way to the jail – did you seat belt him in?

MJ: No, sir. No, sir, because the way we had to get him in, we had to put him in kind of head first because he was, you know, resisting. He didn't want to go. He didn't want to sit down. He didn't want to bend. We had to put him in head first, and so Tillie and Hal, I want to say, kind of bent him over a little bit, and I came from the driver's side and pulled him in. When I was getting ready to sit him up, you know, he was trying to kick his way because they had closed that door, he was trying to kick his way out. So I, you know, eased him up and when I eased him up I closed the door real quick, and he was back there, you know, just kicking the cage and kicking the doors, you know, just still chanting outrageous stuff from Kuran and all this stuff.

WB: What patrol car number do you drive?

MJ: P19.

WB: What kind of cage is that in the car?

MJ: Wire cage. It don't have any plexi-glass in it. It's just a cage.

WB: On the way to the station did Loggins say anything?

MJ: Yes, sir.

WB: What did he say?

MJ: It was more, like I said, he was like talking Kuran like I am king; I will rule, that kind of stuff.

WB: But he talked from the scene all the way to the station?

MJ: Right. Yes, sir.

WB: When you got to the jail, that's what I'm calling the station, but when you got him to jail and you pulled him to the bay area, what happened then when you were getting Loggins out of the car?

MJ: When I was getting Loggins out of the car, he was, you know, just started laying down, you know, grunting and moaning. I'm like this guy, something ain't right, you know what I'm saying? I'm like this guy – it's got to be more than, you know, Flakka or something. I mean, either he done swallowed something or something. I'm thinking to myself, you know, something. And when I made it there, Hal and Tillie pulled in behind me, and the correction officer, we all got him in there and, like I said, he was breathing fine, he was coherent. You know, he was still, you know, half fight resistant. When I got the news that he died, I had made it home and they was like, well, the sergeant called me and was like, "Man, you might have to come back up here." I'm like, "What?" The dude died. I'm like, "He died? How?" He said, "Man, I don't know, man," he said, "but you might have to come back up here." So between yesterday and today, I only had two hours of sleep.

WB: When you heard Loggins, when you got him out of the car at the jail, when you heard the grunting and moaning, did you ask him if he was okay?

MJ: Yeah, because, I mean, I don't want to say I know the guy, but I know of him because me and his mama used to be friends back in the day. Like I said, I'm from Carroll County and Carroll County is a small place. If you know somebody – if you know one person, you know everybody. And, you know, I know of him, but, you know, like I said, if he walked through this door and slapped me, I couldn't tell you that was him. And, you know, shook him, "Rob Rob, man, come on." You know, just, "Man, come on." And he never would cooperate.

MS: So you never did see anybody hit him with a flashlight?

MJ: No, sir.

MS: Hit him in the head or anything?

MJ: No, sir.

MS: Do you have anything else, William?

WB: When one officer got on the other side of the patrol car and one officer tried to get Robert Loggins into the car, did the other officer go in and pull him in?

MJ: I went to the driver's side and pulled him in.

WB: So he was on the passenger's side and you went to the driver's side to get him in?

MJ: Right.

WB: You had to reach and pull him in.

MJ: Yes, sir.

WB: How did you pull him in?

MJ: From here.

WB: Was his head on the seat?

MJ: No, sir. His head was –

WB: Was he sitting?

MJ: Okay. Say like this is the door seal and this is the seat, I had him like right here, you know, pulling him in because he was still, you know, trying to kick. And they closed the door. When they closed the door, he was, you know, still kicking and trying to push his way out on my side. So that's when, you know, I reversed my grip -- reversed my grip and, you know, slid him back in and kind of grabbed his leg a little bit to kind of, you know, get him up and close the door.

MS: Do you have anything else, William?

WB: No, sir.

MS: The interview ends at 10:39 a.m.