Exhibit A, 911 Call

CONVENTIONALLY FILED