Exhibit B, Merriman Body Cam Video

CONVENTIONALLY FILED