Exhibit C, Woodall Body Cam Video

CONVENTIONALLY FILED