Exhibit D, Jones Body Cam Video

CONVENTIONALLY FILED