Exhibit E, Jail Video (Sally Port)

CONVENTIONALLY FILED