Exhibit F, Jail Video (Booking Room)

CONVENTIONALLY FILED