Exhibit G, Jail Video (Booking Room – Zoomed)

CONVENTIONALLY FILED