# MISSISSIPPI BUREAU OF INVESTIGATION



**Incident Date:** November 29, 2018
**Incident Description:** Death Investigation
**County:** Grenada
**MBI Case Number:** M19-00000391
**ME Number:** ME18-1164
**Agent:** Mark Steed

**Details:** On November 29, 2018, Agent Mark Steed (Steed), Mississippi Bureau of Investigation (MBI), interviewed Frank Anthony Sanders, black male, date of birth ███ ███, Social Security Account number ████████ who resides at ████████████ ████████████████████████ Said interview was regarding the above captioned matter. Said interview was recorded and transcribed. The transcribed interview is attached hereto and made part of the casefile.


_Mark Steed_
_____
Mark Steed

**Exhibit M**

**RL00083**

### RECORDED STATEMENT OF FRANK SANDERS

**ROBERT DEVON LOGGINS DEATH INVESTIGATION**

**MBI CASE NO.: M19-00000391**

**ME NO.: ME18-1164**

**DATE: 11/29/18**

MS: Today's date is November 29, 2018. Present today is Mark Steed, MBI; William Blackmon, Investigator, District Attorney's Office 5th Judicial District, State of Mississippi, and Mr. Frank Sanders. The interview is taking place at the district attorney's office in Grenada, Mississippi, and the interview is regarding the death investigation of Robert Loggins that occurred this date in Grenada.

Mr. Sanders, will you state your date of birth and social security number, please?

FS: ███████ ; Social security is ███████

MS: And how long have you been employed with the Grenada County Sheriff's Office?

FS: Approximately off and on about four years.

MS: And what capacity do you occupy there?

FS: As a correction officer.

MS: Okay. Are you in a sworn position?

FS: No, sir.

MS: Prior to working at Grenada County Sheriff's Office as a jailer, have you worked as a jailer in any other institutions before?

FS: No, sir, not in the state of Mississippi.

MS: On today, you're aware of what happened to Mr. Robert Loggins, right?

FS: Yes, sir.

MS: Okay. When he was brought into the jail?

FS: Yes, sir.

MS: Were you working at that time?

FS: I was on duty in briefing at the time and was called to the scene.

MS: If you will, tell me what time you got on duty, and if you will, tell me about what time this incident took place and just kind of carry me through your recollection of the incident.

FS: I came on duty at 6:09. During briefing, Sergeant Johnson of the night shift came into briefing and said they had an emergency at the booking desk. I left briefing and upon arriving at the booking desk, a black male lying on the floor face down – he was laying on his back with his hands behind his back, appeared to be handcuffed. Several police officers were in there along with other staff members. The individual appeared to have a laceration to his head, knees, also blood coming out of his mouth, and he was breathing pretty heavy.

At this time, police officers stated that they were ready to leave. I advised the supervisor not to accept the inmate because of the injuries and plus there was already blood on the floor. At that time, one of the officers stated that he needed his handcuffs. He put one pair of handcuffs on him. When he put that pair of handcuffs on him, he had a hard time dealing with the second handcuffs. The individual started kicking. I grabbed his leg, and they turned him over to be on his stomach then. One individual was on top of him – I think two individuals was on top of him. And once the handcuffs were off, I advised them to take the handcuffs from behind his back because his breathing was abnormal. At this time, they completely took the handcuffs off and that's when Ms. Clark, the supervisor, Sergeant Clark stated, "I don't believe he's breathing." We advised the officers that the individual needed medical care.

The officers turned and all three walked out of the lobby and got in their vehicles and left. I ran to the control tower to get our mouthpiece to do CPR but I couldn't find it. Sergeant Johnson came in and got the scissors and they started CPR. They started CPR, and I told Ms. Clark to go ahead and dial 911. Ambulance arrived and started CPR right away. They did CPR for I'd say almost 30 minutes. He was then taken by ambulance. Sergeant Johnson accompanied him to the hospital. After that I returned back to my post.

MS: Okay. At any time from the time when you were made aware that Mr. Loggins was brought in, did you see Mr. Loggins combative with police officers?

FS: He was kicking a little bit but only until they tried to take the handcuffs off.

MS: Okay.

FS: And, like I said, his eyes were at the top of his head and the breathing was abnormal. And, like I said, that's why I advised the supervisor not to accept the inmate at that time.

MS: When you came out from your meeting and you saw several officers around surrounding Mr. Loggins, do you remember who those officers were?

FS: The only one I recognized is Officer Miller. The other two I've never seen.

MS: Did you see anybody hit or strike or kick Mr. Loggins?

FS: No, sir.

MS: You did not?

FS: No, sir.

MS: Did you kick or strike Mr. Loggins at all?

**RL00085**

FS: No, sir.

MS: Who was the first person to grab Mr. Loggins to change the handcuffs out?

FS: Once they started changing handcuffs, that's when I applied the leg irons to keep him from kicking and once the handcuffs came off, that's when we took the leg irons off.

MS: Okay. So let's back up. Mr. Loggins was surrounded by jail staff?

FS: Yes.

MS: Okay. And on the video camera, it shows you coming up. Okay. And you kind of go in kind of in between everybody. When you get up there to Mr. Loggins, did you use your foot to turn Mr. Loggins over or did you strike Mr. Loggins in any way?

FS: No, sir. Once I put the leg irons on him, I stepped on the leg irons to keep him from kicking me.

MS: What was the first thing you did when you laid eyes on Mr. Loggins? Did you roll Mr. Loggins over? How did you – something was done – some physical act was done. Did you roll him over with your foot or did somebody kick him?

FS: I don't know how he got rolled over. I know I had a hold to the chain. But I never kicked him.

MS: Did you put your foot on him in any way?

FS: No, just the chain.

MS: Did you put your knee on his neck or on his face?

FS: No, sir. I was on the lower part of his body.

MS: Okay. Do you know who put their knee on his head?

FS: Like I said, I don't know that officer. I don't know him by name. I've never seen him before.

MS: Is he white or black?

FS: White.

MS: Okay. Was he a police officer or jail staff?

FS: Police officer.

MS: Okay. And did he have his knee – he had his knee on Loggins' head?

FS: In his back. I believe in his back, yeah.

MS: Did anybody strike Mr. Loggins at that time?

FS: I didn't see anyone strike him.

MS: Okay. And so you're telling me right now in an official investigation that you did not strike Mr. Loggins in any way with your hands or with your feet?

RL00086

FS: No, sir. I don't remember striking him. The only thing I did was stepped on the chain.

MS: William, do you have anything?

WB: No, sir.

MS: Okay. This concludes the interview with Mr. Frank Sanders. The interview ends at 4:39 p.m.

RL00087