# MISSISSIPPI BUREAU OF INVESTIGATION



**Incident Date:** November 29, 2018
**Incident Description:** Death Investigation
**County:** Grenada
**MBI Case Number:** M19-00000391
**ME Number:** ME18-1164
**Agent:** Mark Steed

      **Details:** On November 29, 2018, Agent Mark Steed (Steed), Mississippi Bureau of Investigation (MBI), interviewed Rapheal Harvey, black male, date of birth ███████, Social Security Account number ██████████, who resides at ██████████ ██████████. Said interview was regarding the above captioned matter. Said interview was recorded and transcribed. The transcribed interview is attached hereto and made part of the casefile.

Mark Steed

_____

Mark Steed

**Exhibit Q**

**RL00118**

**RECORDED STATEMENT OF RAFFAEL HARVEY**

**ROBERT DEVON LOGGINS DEATH INVESTIGATION**

**MBI CASE NO.: M19-00000391**

**ME NO.: ME18-1164**

**DATE: 11/29/18**

MS: Today's date is November 29, 2018. Present today is Mark Steed, MBI; William Blackmon, Investigator, District Attorney's Office 5th Judicial District, interviewing Raffael Harvey. The interview is taking place at the district attorney's office in Grenada, MS, and the interview is regarding the death investigation of Robert Loggins that occurred this date in Grenada.

Mr. Harvey, what is your date of birth?

RH: ███████████

MS: And your social security number?

RH: ███████████

MS: And, Mr. Harvey, just prior to this recording I read a Miranda Rights form to you; is that right?

RH: Yes, sir.

MS: And you understood that form and you signed it and you're willing to talk; is that correct?

RH: Yes, sir.

MS: Mr. Harvey, as I previously told you that this interview was about the death investigation of Robert Loggins. How are you employed?

RH: I was employed –

MS: Where are you employed?

RH: At the Grenada County Jail.

MS: Okay. And how long have you been there?

RH: Almost a month and a half.

MS: What capacity do you occupy?

RH: I occupy the male housing.

MS: The what now?

RH: The male housing at the back.

**RL00119**

MS: Okay. Have you had any prior correctional experience prior to Grenada County?

RH: No, sir.

MS: Do you recall an incident that happened this morning where Robert Loggins passed away?

RH: Yes, sir.

MS: Can you explain that to me?

RH: Yes, sir. I was at the back with the male housing, just got finished with our head count. Sergeant Jones had just called me up to the booking area. He said like, "We've got a violent offender coming in so the Grenada Police Department will need our help." So we went out there, we went out there, and we helped them get him in. We sat him on the floor, and then they talking about they had – the Grenada Police Department had to leave so we helped them exchange the handcuffs out with our own. As doing that, Mr. Loggins was unable to – like he was – what's the word? He was not cooperating. So we held him down, and after that, it was like I had his hands, somebody else had his feet and two more people had his arms. Then some little short – one of them on the Grenada Police Department sat right here on his shoulders. He sat right here on his shoulder and like put his legs right here behind his shoulders and sat right here on the back of his neck.

MS: Okay.

RH: At that point in time, he was already detained so it wasn't no sense for him to actually go over there and do that to get handcuffs when he was already – basically, we had him already down. Then after that, we got his handcuffs off. We gave the policeman their handcuffs. Then they left. Right after Sergeant Clark already told them that he cannot stay here because he was already bleeding.

MS: Where was he bleeding?

RH: He had a few cuts on the side of his head, two – one on his left knee, one on his right knee. And he was bleeding out his mouth.

MS: Okay.

RH: I'm still learning things, but they told me that if anybody bleeding, you don't take them. And as Sergeant Clark was telling them this, they did not stop to come back to get this man. They all jumped in the car and left. So then when they left, we tried to pick him up and put him in the room, he was unresponsive. Like his legs were not moving, nothing was going on. Then we took the handcuffs off him from behind his back and put them in the front. After then he wasn't breathing. We cut the shirt off of him. We got the jacket off of him and cut the shirt off of him. Then we were trying to get ready to do CPR, but the paramedics had came and took over the scene.

MS: Whenever the police brought him in, did you help the police bring him in?

RH: Yes, sir.

MS: And you and?

**RL00120**

RH: Sergeant Jones had him by his vest at first, and I had him by his feet because at first he was kicking and screaming. He was already screaming a little bit. So we picked him up by his feet, he just stopped moving. We just brought him in and sat him down and then he started back to wiggling, and then they wanted us as quickly as possible to exchange their handcuffs out.

MS: At that point there were several officers that surrounded Mr. Loggins when they went to change the handcuffs; do you remember that?

RH: Yes, sir.

MS: Was there anybody that may have kicked Mr. Loggins?

RH: Not that I have seen.

MS: Did anybody take their foot and try to roll him over?

RH: Not that I have seen, sir.

MS: Okay. Did anybody put their knee on his neck or head?

RH: The – I don't know his name, but as I explained earlier it was a little short one of the officers that sat right here. We already had him down on his stomach. He sat and put his legs right here, like all this right here, he put all this right here and just sat right there. He was already – he couldn't move already because we already had his arms and his legs. There wasn't no sense in him standing right there.

MS: Who was that officer?

RH: I don't know his – I'm still learning names, but I could pick him out of a crowd if you showed me.

MS: Okay. Was he a white or black guy?

RH: Short white guy.

MS: Okay. And have you saw him before?

RH: As of today, this was my second time seeing him. I don't know his name. I forget names, but I don't forget faces.

MS: Was he a police officer or a jailer?

RH: Police officer.

MS: Do you have anything, William?

WB: Yes. Do you know much about the policies and procedures of dealing with inmates yet?

RH: I'm still learning.

WB: Well, let me ask you this. Since the Grenada Police Department brought this individual in for, you know, to lock him up, is it normal that you would – is it something that you do all the time if a person comes in that's you get the call that he's potentially violent.

**RL00121**

RH: That's the first one I've had.

WB: That's the first one of those you had? Okay. I guess what I'm asking is, I'm wondering why did you change the handcuffs? I know you had to give the officer his handcuffs back, but why wasn't he put in a cell if you – I mean, if you were going to keep him and then get the handcuffs taken off him that way? That way you don't have to recuff him.

RH: We was told – Ms. Clark done already told them that we was not – she kept saying multiple times that that was the system of getting the handcuffs. Then right after they said, "We've got to go. We've got to go. We've got to get the handcuffs." They got a call for all police to come back to the station. Then after then they left. They left in a hurry. She was telling them to take this man to the hospital. Like you already checked out, why are you bringing him here instead of going to the hospital?

WB: She said take him to the hospital?

RH: Yes, sir.

WB: All right. Is Officer Clark a female?

RH: Yes, sir.

WB: Do you know her first name?

RH: I do not know her first name.

MS: Who actually called for medical staff to come to the sheriff's office or to the county jail?

RH: I think she did. I cannot recollect because Officer Johnson was down here with me.

WB: Was it immediate that the person in charge said that – Sergeant Clark said that we're not going to keep Loggins here?

RH: As soon as she seen him bleeding, she told him, "No, we're not taking him. Take him to the hospital. You've got to get him out of here."

WB: Was that before or after they took the cuffs off of him?

RH: That was before we even got a chance to even put him down all the way, she told him we was not going to take him because he was bleeding, and they kept coming in – I was following Mr. Johnson and them. They were bringing him in so I was bringing him in to put him down.

MS: Based on what you saw, did you see that Mr. Loggins was mistreated or abused in any way?

RH: Look, when I looked at him – when I glanced at him, he had three missing teeth, like they were broken at the gum. I asked Mr. Johnson and Mr. Johnson said they was already like that, so I didn't – they seen him already before.

WB: So were the teeth missing or were they broken?

RH: They looked like they were broken at an angle, like broken just like this, at an angle.

MS:  Okay.  Did you see anybody hit him in the face?

RH:  No, sir.  Nobody touched him in the face.  That I'm aware of, nobody touched him in the face.

MS:  And you didn't see anybody kick him?

RH:  No, sir.  Nobody kicked him because I kept my eye on him the entire time.  Nobody kicked him.

MS:  Interview ends at 5:17 p.m.

RL00123