Incident Search Results

Page: 1 of 1

# Grenada County Sheriff's Department

| Event Type | Start Date | Start Time |
|---|---|---|
| UNRESPONSIVE OFFENDER | 11/29/2018 | 5:59 AM |

**Notes**

On November 29, 2018 at approximately 0559 hrs, While conducting my briefing before starting my shift Sgt Johnson D shift supervisor stated to me Sgt Clark that there was a problem in booking with incoming offender Robert Loggins #160212. Officers Moody, Sanders, Hollis and Hankins and I entered admissions. Grenada Police Department Officers Hal Merriman badge # 29, Michael Jones badge # 44, and Dean Tilley badge # 39 and GCADC Officer Rafeal Harvey and shift Supervisor Sgt. J Johnson had Robert Loggins on the floor in admissions. After seeing the condition of Mr. Loggins he had blood coming from his mouth, he appeared to be in distress. I Sgt. Clark stated to officers Merriman, Jones and Tilley that I was not going to keep the offender. At that time it was stated that the EMT had checked Mr. Loggins out and that he Mr. Loggins had been cleared to be brought to jail. I stated again that I was not going to keep him. GPD Offiers Merriman, and Jones went out door 19 with Officer Jones waving me off as I keep telling them that I was not going to keep him. Officer Tilley was left to retrieve his hand cuffs from the offender. Offender Loggins was moving from side to side Officers Hollis, Harvey, Sanders, along with Sgt. Johnson assisted Officer Tilley by holding the offender Loggins arms and legs, officer Tilley placed his knee on the back of offender Loggins head, Officer Tilley was unable to take the cuffs off he Officer Tilley straddled offender Loggins head. After the handcuffs was removed the offender was secure, At approximately 0607 Grenada Police Officers D. Tilley, M. Jones and H. Merriman exited the facility. Officers Hollis and Hankis and lifted Offender Loggins up off the floor and was assisting him to cell B-15 I had them bring him back to booking. At approximately 0609 I Sgt. Clark called EOC to have an Ambulance dispatched to the Grenada County Jail, EOC informed me Sgt. Clark that the EMT's that had been dispatched to the scene and had cleared him, at that time I stated that I wanted the ambulance at the Jail. I Sgt Clark contacted Warden Carver, Deputy Warden Adams a well as Sheriff Strider who asked to be kept informed. At Approximately 0613 hrs, I Sgt. Clark noticed that Offender Loggins eyes was half open, I checked for a pulse put my hand close to his mouth and nose to check for breathing and raised his shirt up to check for movement of breathing. I informed Sgt. Johnson that Offender Loggins was not breathing. Sgt. Johnson and Officer Harvey removed offender vest and cut his shirt to prepare for CPR, at that time I called EOC again and stated that the offender was unresponsive and that we need the ambulance ASAP. Deputy Warden was contacted again to report that Offender Loggins was now unresponsive and not breathing. At the approximate time of 0618 the EMT's arrived and began CPR on Offender Loggins. At that time Captain Justin Gammage from the Grenada Police Department Officer Alexis Jackson, Micheal Burnett and Dean Tilley enter the facility. At approximately 0635 hrs, EMT's exited the facility with Offender Loggins to UMMC of Grenada --------------------------------End Of Report-------------------------------

**Inmates**
(None) Robert D. Loggins # 160212

**Officers**
CLARK, EDNA M.
SANDERS, FRANK A
Moody, Patricia
HANKINS, JAMICA

**Officer Signature:** *Sgt E Clark*

**Exhibit R**