Incident Search Results                                                                                                     Page: 1 of 1

# Grenada County Sheriff's Department

| Event Type | Start Date | Start Time |
|---|---|---|
| UNRESPONSIVE OFFENDER | 11/29/2018 | 10:09 AM |

**Notes**

on 11-29-2018 at appox 0615, SGT. JOHNSON CAME TO THE FRONT DESK, WHILE B SHIFT WAS HAVING BRIEFING AND STATED THERE WAS AN EMERGENCY AT BOOKING DESK. UPON ARRIVAL I OFFICER SANDERS SAW A BLACK MALE LAYING ON THE FLOOR ON HIS BACK WITH HIS ARMS BEHIND HIM. SUBJECT APPEARED TO BE TRYING TO TALK AND MOVE AROUND. SUBJECT APPEARED TO HAVE SEVERAL CUTS ON HIM AND WAS BLEEDING FROM HIS MOUTH.. AFTER HANDCUFFS WERE REMOVED, SUBJECT BEGAN TO HAVE BREATHING PROBLEMS. GRENADA POLICE OFFERS WERE ADVISED THAT THE SUBJECT NEEDED MEDICAL ATTENTION. THE POLICE OFFICER TURN AND WALKED OUT THE EXIT DOOR OF#19. THE SUBJECT WAS LATER ID. AS ROBERT LOGGINS.MDOC 160212

Inmates: *Robert Loggins MDOC 160212*     Officers: *Frank Sanders*
(None)                                                                                        (None)

Officer Signature: *Fnl Sander*

**Exhibit S**

RL00191