# Grenada Police Department
## Taser X26/M26 Exposure Report

Date: **11/29/18**  Case Number: **2018112154**

Subject's Name: **Robert Loggins**

Date of Birth: **08/06/92**  Race: **Blk**  Sex: **M**  Height: **5-7**  Weight: **157**

### Taser Deployment

Which Taser was the above subject exposed with?  ☐ M26  ☒ X26

Type of Discharge:  ☐ Probe  ☐ Drive Stun  ☒ Both

Type of Cartridge:  ☒ Regular Darts  ☐ XP Darts

Drive Stun:  ☒ Yes  ☐ No

Approximation of the Range at which the unit was deployed: **5 ft.**

Length of Exposure: **40** Seconds   Number of five second cycles used: **8**

### Impact

Did probe contacts penetrate the subject's skin?  ☒ Yes  ☐ No

Type of clothing the probes encountered: **coat and underwears**

Length of Exposure: **40** Seconds   Number of five second cycles used: **8**

Points of Impact on subject: **Lower back and right side of the body**

Application Areas: Place "X" in ink on points of contact.



Exhibit V

RL00224

## Effect/Injury

How did the Tazer affect the subject? somewhat

Could the subject fight the effects of the Taser? ☐ Yes ☑ No

Did the application cause injury? ☐ Yes ☑ No

Describe the injury: na

Was the subject treated for the injury? ☑ Yes ☐ No

Describe treatment: EMS looked over him and removed the probes from his back

## After Discharge Actions

What were the afterdischarge actions taken by the officer?

Were wire leads, air cartridges, and afid tags placed in evidence? ☑ Yes ☐ No

If no, explain why not: the afid tags could not be located

Circumstances explaining the use of the Taser. (Attach Arrest Report, Offense Report, or Other.)

Officer's Signature: _[signature]_ Date: 11/25/18

Supervisor's Signature: _[signature]_ Date: 11/29/18

RL00225