554 Corey from EOC called & stated that they were bringing in a "wild one".

558 Sergeant Johnson Officer Harvey @ PD Talley Michael Jones Marriman Carried offender Robert Loggins into admissions

559 Officer Johnson went to the front desk to notify Ms. Clark

603 Ms. Clark stated to PD that she was not keeping @Robert Loggi

605 Ms. Clark notified Deputy Warden Adams & informed him that we had Robert Loggins here & that she was not going to keep & she w going to call an ambulance ~~Ms. Clark called~~ Ms. Clark checke

609 ~~Ms. Clark called UMMC~~ his vital signs & he was not breathing

611 Ms. Clark called UMMC of Grenada to notify that Robert Loggi was not breathing

615 Ambulance & PD arrived

635 ~~~~ John Page

640 2nd ambulance arrives

642 Shackles

645 Ms. Clark called Sheriff

647 Ambulance leaves

**Exhibit X**

RL00258