

# TASER  EVIDENCE SYNC

**TASER Information**
Serial: X00-528632
Model: TASER X26
Firmware Version: Rev. 24
Application Version: 3.15.98

**Offline Report**
Local Timezone: Central Standard Time (UTC -06:00)
Generated On: 30 Nov 2018 13:20:26

## Device (X26)

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 1 | 27 Jan 2010 10:12:42 | Sync | Invalid Date/Time to 27 Jan 2010 10:12:42 | | |
| 2 | 27 Jan 2010 10:12:45 | Sync | 27 Jan 2010 10:12:44 to 27 Jan 2010 10:12:45 | | |
| 3 | 27 Jan 2010 10:22:30 | Trigger | 5 | 25 | 99 |
| 4 | 27 Jan 2010 10:22:45 | Trigger | 5 | 25 | 99 |
| 5 | 27 Jan 2010 10:23:25 | Trigger | 5 | 26 | 99 |
| 6 | 08 Feb 2010 14:22:42 | Trigger | 5 | 13 | 98 |
| 7 | 08 Feb 2010 15:12:50 | Trigger | 5 | 25 | 98 |
| 8 | 11 Feb 2010 05:58:38 | Trigger | 1 | 20 | 97 |
| 9 | 15 Feb 2010 05:49:11 | Trigger | 1 | 18 | 97 |
| 10 | 15 Feb 2010 18:10:14 | Trigger | 1 | 20 | 97 |
| 11 | 15 Feb 2010 19:23:07 | Trigger | 1 | 18 | 97 |
| 12 | 16 Feb 2010 17:41:38 | Trigger | 1 | 17 | 97 |
| 13 | 17 Feb 2010 17:13:44 | Trigger | 1 | 19 | 97 |
| 14 | 19 Feb 2010 17:31:47 | Trigger | 1 | 20 | 96 |
| 15 | 20 Feb 2010 17:47:45 | Trigger | 1 | 21 | 96 |
| 16 | 21 Feb 2010 17:42:01 | Trigger | 1 | 19 | 96 |
| 17 | 22 Feb 2010 17:00:14 | Trigger | 1 | 17 | 96 |
| 18 | 23 Feb 2010 16:42:19 | Trigger | 2 | 19 | 96 |
| 19 | 25 Feb 2010 17:07:29 | Trigger | 2 | 18 | 96 |
| 20 | 28 Feb 2010 18:00:29 | Trigger | 1 | 18 | 96 |
| 21 | 03 Mar 2010 17:38:47 | Trigger | 1 | 19 | 95 |
| 22 | 04 Mar 2010 17:35:44 | Trigger | 1 | 21 | 95 |
| 23 | 06 Mar 2010 18:10:41 | Trigger | 1 | 20 | 95 |
| 24 | 07 Mar 2010 05:59:46 | Trigger | 1 | 20 | 95 |
| 25 | 08 Mar 2010 17:35:13 | Trigger | 1 | 21 | 95 |
| 26 | 09 Mar 2010 17:38:58 | Trigger | 1 | 20 | 95 |
| 27 | 10 Mar 2010 05:56:45 | Trigger | 1 | 22 | 95 |
| 28 | 12 Mar 2010 17:38:30 | Trigger | 1 | 21 | 95 |
| 29 | 13 Mar 2010 17:43:11 | Trigger | 1 | 19 | 95 |
| 30 | 14 Mar 2010 17:49:20 | Trigger | 1 | 20 | 95 |
| 31 | 16 Mar 2010 06:04:38 | Trigger | 1 | 18 | 94 |

TILLEY 304       Exhibit Z

| Seq # | Local Time<br>[DD:MM:YYYY hh:mm:ss] | Event<br>[Event Type] | Duration<br>[Seconds] | Temp<br>[Degrees Celsius] | Batt Remaining<br>[%] |
|---|---|---|---|---|---|
| 1382 | 04 Oct 2017 22:25:52 | Trigger | 5 | 22 | 98 |
| 1383 | 25 Oct 2017 22:47:42 | Trigger | 5 | 18 | 98 |
| 1384 | 25 Nov 2017 02:55:12 | Trigger | 5 | 21 | 97 |
| 1385 | 09 Dec 2017 00:07:12 | Trigger | 5 | 16 | 97 |
| 1386 | 30 Jan 2018 22:50:07 | Trigger | 5 | 15 | 96 |
| 1387 | 27 Feb 2018 23:17:24 | Trigger | 5 | 22 | 95 |
| 1388 | 09 Jun 2018 04:41:53 | Trigger | 5 | 27 | 94 |
| 1389 | 23 Jun 2018 03:28:42 | Trigger | 5 | 26 | 94 |
| 1390 | 23 Jun 2018 03:28:52 | Trigger | 5 | 27 | 94 |
| 1391 | 02 Jul 2018 02:41:50 | Trigger | 2 | 24 | 93 |
| 1392 | 02 Jul 2018 02:42:00 | Trigger | 4 | 25 | 93 |
| 1393 | 25 Jul 2018 22:48:27 | Trigger | 5 | 28 | 92 |
| 1394 | 07 Aug 2018 23:01:56 | Trigger | 5 | 28 | 92 |
| 1395 | 21 Sep 2018 03:45:40 | Trigger | 1 | 25 | 91 |
| 1396 | 07 Oct 2018 01:50:40 | Trigger | 5 | 29 | 91 |
| 1397 | 27 Oct 2018 22:58:38 | Trigger | 5 | 23 | 91 |
| 1398 | 29 Nov 2018 06:34:24 | Trigger | 5 | 21 | 90 |
| 1399 | 29 Nov 2018 06:34:34 | Trigger | 5 | 22 | 89 |
| 1400 | 29 Nov 2018 06:34:43 | Trigger | 5 | 22 | 89 |
| 1401 | 29 Nov 2018 06:35:04 | Trigger | 5 | 23 | 89 |
| 1402 | 29 Nov 2018 06:35:12 | Trigger | 5 | 24 | 88 |
| 1403 | 29 Nov 2018 06:35:21 | Trigger | 5 | 24 | 88 |
| 1404 | 29 Nov 2018 06:35:29 | Trigger | 5 | 24 | 87 |
| 1405 | 29 Nov 2018 06:36:14 | Trigger | 5 | 24 | 87 |
| 1406 | 29 Nov 2018 06:38:13 | Trigger | 5 | 24 | 87 |
| 1407 | 30 Nov 2018 13:18:39 | Sync | 30 Nov 2018 13:59:30 to 30 Nov 2018 13:18:39 | | |

TILLEY 305



# TASER — EVIDENCE SYNC

**TASER Information**
Serial: X00-445339
Model: TASER X26
Firmware Version: Rev. 24
Application Version: 3.15.98

**Offline Report**
Local Timezone: Central Standard Time (UTC -06:00)
Generated On: 30 Nov 2018 13:25:16

## Device (X26)

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 1 | 23 Jan 2009 07:13:05 | Sync | 23 Jan 2009 07:13:04 to 23 Jan 2009 07:13:05 | | |
| 2 | 23 Jan 2009 07:14:16 | Trigger | 5 | 23 | 99 |
| 3 | 23 Jan 2009 07:14:22 | Trigger | 5 | 23 | 99 |
| 4 | 23 Jan 2009 07:14:28 | Trigger | 5 | 24 | 99 |
| 5 | 26 Jan 2009 14:36:13 | Sync | 26 Jan 2009 14:31:58 to 26 Jan 2009 14:36:13 | | |
| 6 | 26 Jan 2009 14:36:16 | Sync | 26 Jan 2009 14:36:16 to 26 Jan 2009 14:36:16 | | |
| 7 | 30 Jan 2009 06:52:15 | Trigger | 5 | 23 | 98 |
| 8 | 30 Jan 2009 06:52:37 | Trigger | 1 | 22 | 98 |
| 9 | 31 Jan 2009 21:17:07 | Trigger | 1 | 19 | 98 |
| 10 | 02 Feb 2009 17:47:34 | Trigger | 1 | 21 | 98 |
| 11 | 03 Feb 2009 05:50:51 | Trigger | 1 | 20 | 98 |
| 12 | 06 Feb 2009 06:07:09 | Trigger | 1 | 19 | 97 |
| 13 | 07 Feb 2009 05:48:33 | Trigger | 1 | 21 | 97 |
| 14 | 07 Feb 2009 17:47:11 | Trigger | 1 | 22 | 97 |
| 15 | 08 Feb 2009 18:33:41 | Trigger | 1 | 22 | 97 |
| 16 | 09 Feb 2009 17:35:48 | Trigger | 1 | 23 | 97 |
| 17 | 10 Feb 2009 17:35:00 | Trigger | 1 | 22 | 97 |
| 18 | 11 Feb 2009 05:47:37 | Trigger | 1 | 23 | 97 |
| 19 | 12 Feb 2009 17:56:19 | Trigger | 1 | 19 | 97 |
| 20 | 13 Feb 2009 17:32:52 | Trigger | 1 | 23 | 97 |
| 21 | 14 Feb 2009 02:02:19 | Trigger | 1 | 19 | 96 |
| 22 | 14 Feb 2009 02:02:23 | Trigger | 2 | 19 | 96 |
| 23 | 14 Feb 2009 10:26:13 | Trigger | 1 | 22 | 96 |
| 24 | 16 Feb 2009 05:52:50 | Trigger | 1 | 19 | 96 |
| 25 | 17 Feb 2009 05:49:51 | Trigger | 2 | 22 | 96 |
| 26 | 17 Feb 2009 18:02:21 | Trigger | 1 | 21 | 96 |
| 27 | 19 Feb 2009 17:21:02 | Trigger | 1 | 19 | 95 |
| 28 | 21 Feb 2009 05:47:59 | Trigger | 1 | 18 | 95 |
| 29 | 21 Feb 2009 17:55:03 | Trigger | 1 | 23 | 95 |
| 30 | 22 Feb 2009 17:35:54 | Trigger | 1 | 21 | 95 |
| 31 | 23 Feb 2009 17:41:14 | Trigger | 1 | 20 | 95 |

TILLEY 306

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [EventType] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 1652 | 20 Jun 2018 06:20:43 | Trigger | 1 | 28 | 95 |
| 1653 | 22 Jun 2018 12:54:36 | Trigger | 1 | 22 | 95 |
| 1654 | 23 Jun 2018 23:26:42 | Trigger | 1 | 26 | 92 |
| 1655 | 25 Jun 2018 04:00:04 | Trigger | 1 | 21 | 92 |
| 1656 | 26 Jun 2018 14:58:47 | Trigger | 5 | 24 | 92 |
| 1657 | 28 Jun 2018 23:54:06 | Trigger | 2 | 26 | 91 |
| 1658 | 06 Jul 2018 12:32:20 | Trigger | 5 | 23 | 91 |
| 1659 | 07 Jul 2018 12:52:07 | Trigger | 5 | 26 | 90 |
| 1660 | 08 Jul 2018 01:21:50 | Trigger | 5 | 24 | 90 |
| 1661 | 21 Jul 2018 23:35:48 | Trigger | 5 | 24 | 89 |
| 1662 | 25 Jul 2018 10:45:59 | Trigger | 5 | 31 | 89 |
| 1663 | 09 Aug 2018 04:49:52 | Trigger | 1 | 21 | 89 |
| 1664 | 12 Aug 2018 18:13:03 | Trigger | 6 | 27 | 88 |
| 1665 | 17 Aug 2018 00:55:26 | Trigger | 5 | 22 | 88 |
| 1666 | 21 Aug 2018 14:44:42 | Trigger | 5 | 26 | 87 |
| 1667 | 21 Aug 2018 14:44:51 | Trigger | 5 | 26 | 87 |
| 1668 | 28 Aug 2018 01:08:21 | Trigger | 2 | 21 | 86 |
| 1669 | 01 Sep 2018 04:48:07 | Trigger | 5 | 28 | 86 |
| 1670 | 06 Sep 2018 13:29:37 | Trigger | 5 | 26 | 86 |
| 1671 | 10 Sep 2018 03:46:09 | Trigger | 2 | 20 | 85 |
| 1672 | 17 Sep 2018 12:47:58 | Trigger | 2 | 23 | 78 |
| 1673 | 21 Sep 2018 22:51:52 | Trigger | 5 | 26 | 77 |
| 1674 | 22 Sep 2018 00:49:02 | Trigger | 5 | 23 | 77 |
| 1675 | 22 Sep 2018 00:49:14 | Trigger | 5 | 24 | 76 |
| 1676 | 26 Sep 2018 12:55:24 | Trigger | 1 | 21 | 76 |
| 1677 | 28 Sep 2018 08:07:29 | Trigger | 5 | 27 | 76 |
| 1678 | 28 Sep 2018 14:12:14 | Trigger | 1 | 27 | 75 |
| 1679 | 07 Oct 2018 21:26:08 | Trigger | 1 | 24 | 74 |
| 1680 | 07 Oct 2018 21:26:13 | Trigger | 1 | 24 | 74 |
| 1681 | 09 Oct 2018 01:01:15 | Trigger | 5 | 21 | 74 |
| 1682 | 10 Oct 2018 12:53:42 | Trigger | 5 | 21 | 74 |
| 1683 | 16 Oct 2018 12:56:13 | Trigger | 1 | 19 | 73 |
| 1684 | 16 Oct 2018 19:26:42 | Trigger | 2 | 23 | 73 |
| 1685 | 16 Oct 2018 22:33:51 | Trigger | 1 | 20 | 73 |
| 1686 | 16 Oct 2018 22:33:59 | Trigger | 5 | 21 | 73 |
| 1687 | 21 Oct 2018 03:14:14 | Trigger | 1 | 23 | 72 |
| 1688 | 21 Oct 2018 03:14:19 | Trigger | 1 | 24 | 72 |
| 1689 | 21 Oct 2018 03:14:23 | Trigger | 1 | 24 | 72 |
| 1690 | 23 Oct 2018 05:02:11 | Trigger | 5 | 20 | 72 |
| 1691 | 29 Oct 2018 12:49:52 | Trigger | 5 | 22 | 71 |
| 1692 | 30 Oct 2018 13:42:38 | Trigger | 2 | 23 | 71 |
| 1693 | 08 Nov 2018 13:25:41 | Trigger | 5 | 23 | 70 |
| 1694 | 15 Nov 2018 09:22:58 | Trigger | 5 | 24 | 69 |
| 1695 | 21 Nov 2018 13:19:30 | Trigger | 3 | 23 | 69 |
| 1696 | 21 Nov 2018 13:57:46 | Trigger | 1 | 11 | 68 |

TILLEY 307

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 1697 | 29 Nov 2018 00:57:52 | Trigger | 5 | 19 | 68 |
| 1698 | 29 Nov 2018 00:57:57 | Trigger | 5 | 19 | 68 |
| 1699 | 30 Nov 2018 13:24:43 | Sync | 30 Nov 2018 08:27:20 to 30 Nov 2018 13:24:43 | | |

TILLEY 308