# POLICE SUBJECT CONTROL

Ron L Crew



## 2nd Edition

## BASIC MANUAL

*Mechanics of Arrest & Control*

*Video Compliant - Liability Resistant - Easy to Learn*

*More Control with Less Force*

Subject Control Systems, llc
© Copyright 2001-2006, All rights reserved

**Exhibit BB**



Restricted Distribution
LAW ENFORCEMENT ONLY

1. <u>Top load</u>. The term 'top load' refers to the second cuff being placed on the subjects wrist from a top-downward movement. Pre-positioning the lower cuff in the 'grip' with the single bar facing back toward the Officer will allow or produce the 'top loading' of the second cuff.

2. <u>Bottom load</u>. The application of the second cuff from the ground upward to the subject's wrist by a combination of the Officer moving the cuff upward and pressing the violator's arm downward is called the 'bottom load'. To pre-position for this type application the Officer should face the single bar forward during the grip.

3. <u>Hinge cuffs</u>. For those Officers who carry Hinge cuffs the decision of 'top' or 'bottom' load-positioning is mute. The actual application of one cuff at a time will always constitute a 'bottom load'. Applying them simultaneously, while tedious, creates a 'top load'.

4. <u>Small wrists</u>. Subjects who must be arrested and/or transported with small wrists present a cuffing 'dilemma'. The problem stems from a person who can slip out of the cuffs even when they are at their tightest. One solution to this in a cooperative environment is to have the subject fold their arms. One cuff is placed over both wrists. The other cuff may be left as is or secured to an article of clothing depending on department polity. In a combative environment once the violator is grounded and face down, two sets of cuffs are applied; one around the wrist normally, with another looped through the first between the wrist and the first set of cuffs. Both applications take up additional room the subjects may use to slip the cuffs.

5. <u>Big people</u>. There seems to be an ever increasing number of Large people contacted by the Police these days that require handcuffing. PSC suggests that 'all' Officers carry two sets of cuffs. One set is of normal size with the other being 'oversized'. The Officer should use the 'Oversized' cuffs on large persons. Some violators are very 'tight' in their shoulders and have a hard time, or cannot bring their hands together behind their backs without a lot of pain. *Linking* the cuffs together will provide security as well as comfort to the 'tight-shouldered'. In a combative situation securing one regular set to a wrist, even if they have a hard time fitting is not an option. However when backup arrives, a second 'oversized' set of cuffs should be placed on the violator, looping through to the first set. Then the regular set may be removed carefully.

*Cautions*. There are two main areas of concern in the application of Handcuffs. One is 'Positional Asphyxia'. When a violator has been arrested, and handcuffed in a face-down position, Officers must get the suspect up to at least a 'seated' position as soon as possible. People who remain on their stomachs for varying periods of time will suffocate themselves due to their own body weight. Getting large people up is as simple as having them cross one leg and pushing that same side shoulder forward while directing them to stand.