IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

RIKA JONES, As Administratrix of the Estate of
ROBERT LOGGINS; RIKA JONES, Individually
and on Behalf of the Wrongful Death Beneficiaries
of ROBERT LOGGINS, Deceased; and RIKA JONES,
As Mother and Next Friend of R.D.L., a Minor                                    PLAINTIFFS

V.                                                          CIVIL ACTION NO. 4:20-CV-220-SA-JMV

JUSTIN GAMMAGE, REGGIE WOODALL,
EDWIN MERRIMAN, MICHAEL JONES, and
ALBERT DEANA TILLEY, In Their Individual Capacities;
CITY OF GRENADA; MOBILE MEDIC AMBULANCE
SERVICE, INC. D/B/A AMR and AMERICAN
MEDICAL RESPONSE; JOHN WATSON; JENNIFER HOWELL;
and CORRECTIONS MANAGEMENT SERVICES, INC.                   DEFENDANTS

ORDER REGARDING POTENTIAL CONFLICT OF INTEREST

Consistent with Canon 3 of the Code of Conduct for United States Judges, the Court held a conference call with counsel for all parties on January 26, 2023. That call was recorded. During the call, the Court disclosed a potential conflict of interest and, pursuant to Canon 3, gave the attorneys an opportunity to confer with their clients outside the presence of the undersigned. Since that time, the parties have notified the Court in writing that they do not believe the undersigned should be disqualified. The undersigned therefore will not recuse but, instead, will continue to preside over this case.

SO ORDERED, this the 30th day of January, 2023.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE