IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

RIKA JONES, As Administratrix of the Estate of
ROBERT LOGGINS; RIKA JONES, Individually
and on Behalf of the Wrongful Death Beneficiaries
of ROBERT LOGGINS, Deceased; and RIKA JONES,
As Mother and Next Friend of R.D.L, a Minor                                    PLAINTIFFS

VERSUS                                                                No. 4:20cv220-SA-JMV

JUSTIN GAMMAGE, REGGIE WOODALL,
EDWIN MERRIMAN, MICHAEL JONES, and
ALBERT DEANE TILLEY, In Their Individual Capacities;
MOBILE MEDIC AMBULANCE SERVICE, INC.
D/B/A AMR and AMERICAN MEDICAL RESPONSE;
AND CORRECTIONS MANAGEMENT SERVICES, INC.           DEFENDANTS

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the Plaintiffs, Rika Jones, as Administratrix of the Estate of Robert Loggins; Rika Jones, Individually and on Behalf of the Wrongful Death Beneficiaries of Robert Loggins, Deceased; and Rika Jones, as Mother and Next Friend of R.D.L, a Minor, by and through counsel, pursuant to the Federal Rules of Civil Procedure, has this date served the following discovery upon the Defendant, the City of Grenada, in this action:

1. *Plaintiffs' Responses to Municipal Defendant the City of Grenada's First Set of Interrogatories and Requests for Production*

The undersigned retains the originals of the above papers as custodian thereof.

Respectfully submitted, this the 27th day of March, 2023.

                                              RIKA JONES, in her individual and representative capacities,
                                              By and through her counsel of record,

/s/ *Jacob Jordan*
JACOB B. JORDAN, MSB #104230
LEVY KONIGSBERG LP
605 Third Avenue, 33rd Floor
New York, New York 10158
jjordan@levylaw.com
(662) 816-6778

Victor I. Fleitas, MSB #10259
VICTOR I. FLEITAS, P.A.
452 North Spring Street
Tupelo, Mississippi 38804
fleitasv@bellsouth.net
(662) 840-0270 / Telephone
(662) 840-1047 / Facsimile

J. RHEA TANNEHILL, JR., MSB #10449
TANNEHILL, CARMEAN & McKENZIE, PLLC
829 North Lamar Blvd. Suite #1
Oxford, Mississippi 38655
Telephone: (662)236-9996
Facsimile: (662)234-3949
Email: jrt@tannehillcarmean.com
Email: jacob@tannehillcarmean.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2023, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which sent the notification of such filing to all counsel of record.

  Shea Stewart Scott
  Post Office Box 1084
  Jackson, Mississippi 39215-1084
  *Attorney for Corrections Management Services, Inc.*

Wilton V. Byars , III, Esq.
Thomas R. Julian, Esq.
Daniel Coker Horton & Bell, P.A.
Post Office Box 1084

Jackson, Mississippi 39215-1084
Tjulian@danielcoker.com
*Attorney for Mobile Medical Ambulance Service, Inc. D/B/A AMR and American Medical Response, John Watson, and Jennifer Howell*

G. Todd Butler, Esq.
Mallory Kaye Bland, Esq.
Phelps Dunbar, LLP
4270 I-55 North
Jackson, Mississippi 39211-6391
Todd.Butler@phelps.com
*Attorney for Justin Gammage, Edwin Merriman, Reggie Woodall, Michael Jones, and City of Grenada*

Daniel J. Griffith, Esq.
Bethany A. Tarpley, Esq.
Katherine Mayo Portner, Esq.
Jacks|Griffith|Luciano, P.A.
Post Office Box 1209
150 North Sharpe Avenue
Cleveland, Mississippi 38732
dgriffith@jlpalaw.com
btarpley@jlpalaw.com
*Attorney for Albert Deane Tilley*

Michael S. Carr, Esq.
Carr Law Firm
301 W. Sunflower Road, Suite D
Post Office Box 1749
Cleveland, Mississippi 38732
mcarr@carrlawpllc.com
*Attorney for Albert Deane Tilley*

Dated, this the 27th day of March, 2023.

/s/ Jacob B. Jordan
JACOB B. JORDAN