# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

RIKA JONES, As Administratrix of the Estate of
ROBERT LOGGINS; RIKA JONES, Individually
And on Behalf of the Wrongful Death Beneficiaries
Of ROBERT LOGGINS, Deceased; and RIKA JONES,
As Mother and Next Friend of R.D.L., a Minor  **PLAINTIFFS**

VS.  CIVIL ACTION NO. 4:20cv220-SA-JMV

JUSTIN GAMMAGE, REGGIE WOODALL,
EDWIN MERRIMAN, MICHAEL JONES, and
ALBERT DEAN TILLEY, In Their Individual Capacities;
CITY OF GRENADA; MOBILE MEDIC AMBULANCE
SERVICE, INC. D/B/A AMR and AMERICAN MEDICAL
RESPONSE; JOHN WATSON; JENNIFER HOWELL;
AND CORRECTIONS MANAGEMENT SERVICES, INC.  **DEFENDANTS**

## ORDER GRANTING MOTION FOR LEAVE TO RESTRICT DOCUMENT #184 TO COURT USERS AND CASE PARTICIPANTS

This cause comes before the Court on the motion [187] of the Plaintiffs to restrict the document filed at Docket Entry #184 to Court Participants and Counsel. Counsel for all Defendants represent that they do not object to the relief requested. Upon due consideration, the motion is well taken and is hereby **GRANTED**. The Clerk shall restrict the Document filed at Docket Entry #184 to Court Users and Case Participants only.

IT IS SO ORDERED, this the 27th day of March, 2023.

/s/ Jane M. Virden
U.S. MAGISTRATE JUDGE

Prepared and submitted by:

   /s/ *Jacob B. Jordan*
Jacob B. Jordan, MSB #104230
LEVY KONIGSBERG LP
605 Third Avenue, 33rd Floor
New York, New York 10158
jjordan@levylaw.com
(662) 816-6778
*Counsel for Plaintiffs*