# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# CIVIL MINUTES

**CASE NO.: 4:20-cv-220-SA-JMV**　　　　　　　　　　**PLACE HELD – Greenville, MS**

**RIKA JONES, AS ADMINISTRATRIX OF
THE ESTATE OF ROBERT LOGGINS, *ET AL.***

**VS.**

**JUSTIN GAMMAGE, IN HIS INDIVIDUAL
CAPACITY, *ET AL.***

**DATE & TIME BEGUN/ENDED:**　　May 3, 2024

　　　　　　　　　　　　　　**Total Time – 0**

**PRESENT:**

　　　　　　**Honorable Jane M. Virden, U.S. Magistrate Judge**

| **Attorneys for plaintiffs** | **Law Clerk** | **Attorneys for defendants** |
|---|---|---|
| J. Rhea Tannehill, Jr. | Brittany Frankel | Gregory T. Butler |
| Jacob B. Jordan | | Mallory K. Bland |
| Victor I. Fleitas | | Berthany A. Tarpley (*via telephone*) |
| | | Thomas R. Julian |
| | | Shea S. Scott |

**PROCEEDINGS:**　　Update of Settlement Conference, dkt. #289

**Docket Entry:**　　Update to [289] Settlement conference.　　The case **was settled** subject to chancery court approval.

　　　　　　　　　　　　　　　　　　**DAVID CREWS, CLERK**

　　　　　　　　　　　　　　　　　　**By:** /s/ *Itonia R. Williams*
　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy